UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISTA RECORDS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; PRIORITY RECORDS LLC, a California limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>KAREN SKOWYRA<br><br>            Defendant. | CIVIL ACTION No.<br><br>04-30135-MAP |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs assert the following claims against Defendant.

### JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

2. This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3. This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendant resides in this District, and the acts of infringement complained of herein occurred in this District.

## PARTIES

4. Plaintiff Arista Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5. Plaintiff Sony Music Entertainment Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6. Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

7. Plaintiff Priority Records LLC is a limited liability company with its principal place of business in the State of California.

8. Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

9. Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

10. Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

11. Plaintiffs are informed and believe that Defendant is an individual residing in this District.

## COUNT I

## INFRINGEMENT OF COPYRIGHTS

12. Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

13. Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted sound recordings (the "Copyrighted Recordings"). The Copyrighted Recordings include but are not limited to each of the copyrighted sound recordings identified in Exhibit A attached hereto, each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights. In addition to the sound recordings listed on Exhibit A, Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B which are owned by or exclusively licensed to one or more of the Plaintiffs or Plaintiffs' affiliate record labels, and

which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

14. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

15. Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others. In doing so, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

16. Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiffs.

17. As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendant's infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

18. The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be

compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1.      For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred

5

onto any physical medium or device in Defendant's possession, custody, or control."

2. For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3. For Plaintiffs' costs in this action.

4. For Plaintiffs' reasonable attorneys' fees incurred herein.

5. For such other and further relief as the Court may deem just and proper.

ARISTA RECORDS, INC.; SONY MUSIC
ENTERTAINMENT INC.; INTERSCOPE
RECORDS; PRIORITY RECORDS LLC;
WARNER BROS. RECORDS INC.; UMG
RECORDINGS, INC.; and CAPITOL
RECORDS, INC.

By their attorneys,

DATED: 7/20/04

By: _____
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100

Case 3:04-cv-30135-MAP     Document 1     Filed 07/20/2004     Page 8 of 20

# EXHIBIT A

## KAREN SKOWYRA

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Priority Records LLC | NWA | She Swallowed It | Efil4zaggin' | 137-627 |
| Capitol Records, Inc. | Steve Miller Band | Jungle Love | Book of Dreams | N42553 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Give It Away | Blood Sugar Sex Magik | 135-276 |
| UMG Recordings, Inc. | Musiq | Halfcrazy | Juslisen | 308-859 |
| Arista Records, Inc. | Alan Jackson | Wanted | Here in the Real World | 120-465 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| Arista Records, Inc. | Next | Wifey | Welcome II Nextasy | 284-980 |
| Sony Music Entertainment Inc. | Pearl Jam | Betterman | Vitalogy | 206-558 |

Case 3:04-cv-30135-MAP     Document 1     Filed 07/20/2004     Page 10 of 20

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4tytwo@KaZaA | (Nelly) -07- Air Force Ones [Nellyville].mp3 | Nelly | 7,126KB | Audio |
| esres4tytwo@KaZaA | 01-bg-hottest_of_the_hot-ksi(1).mp3 | BG | 6,234KB | Audio |
| esres4tytwo@KaZaA | 04. Wagon Wagon.mp3 | N.W.A | 3,533kB | Audio |
| esres4tytwo@KaZaA | 05 - Kenny Chesney - Big Star.mp3 | Kenny Chesney | 4,090kB | Audio |
| esres4tytwo@KaZaA | 05 - Nivea - Laundromat.mp3 | Nivea | 4,172KB | Audio |
| esres4tytwo@KaZaA | 05 - Pump It Up-Joe Buddens.mp3 | Various | 3,511KB | Audio |
| esres4tytwo@KaZaA | 05 Collision.mp3 | Saves the Day | 1,328KB | Audio |
| esres4tytwo@KaZaA | 06-keith_murray-candi_bar-rns.mp3 | keith murray | 1,776KB | Audio |
| esres4tytwo@KaZaA | 07. Chingy - Gettin' It.mp3 | Chingy | 6,072KB | Audio |
| esres4tytwo@KaZaA | 07. THE ROLLING STONES - Back Street Girl.mp3 | A | 4,277KB | Audio |
| esres4tytwo@KaZaA | 10. To Kill A Hooker.mp3 | N.W.A. | 793KB | Audio |
| esres4tytwo@KaZaA | 11 - saves the day - 11 - firefly.mp3 | Saves the Day | 2,687KB | Audio |
| esres4tytwo@KaZaA | 14-Bass And Several Cars_- Shantel.mp3 | Kruder Dorfmeister | 1,124KB | Audio |
| esres4tytwo@KaZaA | 17 Break Up Day.wma | Starting Line | 1,845kB | Audio |
| esres4tytwo@KaZaA | 1982 AIC Show - Happiness Emporium - It's A Good Day, M... | Barber Shop Quartet | 2,711KB | Audio |
| esres4tytwo@KaZaA | 20 Hollywood and Vine.mp3 | Matchbook Romance | 1,133KB | Audio |
| esres4tytwo@KaZaA | 26 - Beatles1 - Let it Be.mp3 | Beatles | 3,631KB | Audio |
| esres4tytwo@KaZaA | 50 Cent - Bump Dat Street Mix.mp3 | 02-50_cents-bump_that-l... | 2,937KB | Audio |
| esres4tytwo@KaZaA | 50 cent - wangsta.mp3 | 50 Cent | 3,179KB | Audio |
| esres4tytwo@KaZaA | A New Found Glory - 3rd and Long.mp3 | A New Found Glory | 2,600kB | Audio |
| esres4tytwo@KaZaA | A New Found Glory - Black and Blue.mp3 | A New Found Glory | 2,040KB | Audio |
| esres4tytwo@KaZaA | A New Found Glory - Vegas.mp3 | New Found Glory | 2,924KB | Audio |
| esres4tytwo@KaZaA | a simple plan---by_my_side.mp3 | a simple plan | 2,372KB | Audio |
| esres4tytwo@KaZaA | Alan Jackson - JUST_RELEASED_Dale Earnhardt Tribute.m... | Alan Jackson | 3,924KB | Audio |
| esres4tytwo@KaZaA | Ali - Drop Top (Entire Song).mp3 | Ali | 3,422KB | Audio |
| esres4tytwo@KaZaA | All American Rejects-New69.mp3 | All American Rejects | 3,369KB | Audio |
| esres4tytwo@KaZaA | all.kpl | Unknown | 24KB | |
| esres4tytwo@KaZaA | Alternative Rock.kpl | Unknown | 0KB | |

Found 1259 files | 3,352,177 users online, sharing 597,069,606 files (4,752,640 GB) | Not sharing any files

Annotations (right side): Pump; Bass And Sev...; It's A Good; B...; JUST RELEASED Dale

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4tytwo@KaZaA | Alternative Rock.kpl | Unknown | 0KB | Audio |
| esres4tytwo@KaZaA | Ashanti - Baby, Baby, Baby(1).mp3 | Ashanti | 4,152KB | Audio |
| esres4tytwo@KaZaA | Ataris - Unknown - Angry Nerd Rock.mp3 | Unknown | 3,018KB | Audio |
| esres4tytwo@KaZaA | Audio - Alternative Rock.kpl | Unknown | 0KB | Audio |
| esres4tytwo@KaZaA | Audio - Barrington Levy.kpl | Barrington Levy | 1KB | |
| esres4tytwo@KaZaA | Audio - Electronica.kpl | Unknown | 0KB | |
| esres4tytwo@KaZaA | Audio - Folk.kpl | Unknown | 0KB | |
| esres4tytwo@KaZaA | Audio - Funk.kpl | Unknown | 0KB | |
| esres4tytwo@KaZaA | Audio - Hip Hop.kpl | Unknown | 1KB | |
| esres4tytwo@KaZaA | Audio - Jazz.kpl | Unknown | 0KB | |
| esres4tytwo@KaZaA | Audio - Pop Rock.kpl | Unknown | 0KB | |
| esres4tytwo@KaZaA | Audio - RB.kpl | Unknown | 0KB | |
| esres4tytwo@KaZaA | Audio - Reggae.kpl | Unknown | 0KB | Audio |
| esres4tytwo@KaZaA | Audio - Stuart Smith.kpl | Stuart Smith | 0KB | |
| esres4tytwo@KaZaA | Audio - Waylandshpere.kpl | Unknown | 0KB | Still |
| esres4tytwo@KaZaA | B2K - Girlfriend(1).mp3 | B2K | 4,658KB | Audio |
| esres4tytwo@KaZaA | Baby and P. Diddy - Do That.mp3 | Baby ft. P.Diddy | 3,846KB | Audio |
| esres4tytwo@KaZaA | Basement Jaxx - Can U Feel The Bass.mp3 | BASEMENT JAXX - Can U ... | 3,018KB | Audio |
| esres4tytwo@KaZaA | Beatles - Hey jude.mp3 | Beatles | 6,702KB | Audio |
| esres4tytwo@KaZaA | belated.wav.wma | New Found Glory | 1,469KB | Audio |
| esres4tytwo@KaZaA | big boi - the way you move.mp3 | Outkast | 5,518KB | Audio |
| esres4tytwo@KaZaA | Big Tymers - Oh Yeah!.mp3 | Big Tymers | 4,609KB | Audio |
| esres4tytwo@KaZaA | Big Tymers - Still Fly (Instrumentals).mp3 | Instrumental | 5,255KB | Audio |
| esres4tytwo@KaZaA | Bob Dylan - How Does it Feel.mp3 | Bob Dylan | 5,719KB | Audio |
| esres4tytwo@KaZaA | Bob Marley - I Shot the Sheriff.mp3 | Bob Marley | 2,828KB | Audio |
| esres4tytwo@KaZaA | Bob Marley - Red red wine.mp3 | Bob Marley | 3,923KB | Audio |
| esres4tytwo@KaZaA | bowling for soup - Crayon.mp3 | Bowling for Soup | 3,026KB | Audio |
| esres4tytwo@KaZaA | Boyz II Men - Song For Momma.mp3 | Boys II Men | 2,066KB | Audio |

Found 1259 files | 3,352,177 users online, sharing 597,069,606 files (4,752,640 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4tytwo@KaZaA | Boyz II Men - Song For Momma.mp3 | Boys II Men | 2,066KB | Audio |
| esres4tytwo@KaZaA | Brad Paisley - I drink I swear I steel I lie.mp3 | Brad Paisley | 2,887KB | Audio |
| esres4tytwo@KaZaA | brand new - jaws theme swimming.mp3 | Brand New | 6,434KB | Audio |
| esres4tytwo@KaZaA | brand new - play crack the sky.mp3 | Brand New | 7,686KB | Audio |
| esres4tytwo@KaZaA | brand new - tautou.mp3 | Brand New | 2,403KB | Audio |
| esres4tytwo@KaZaA | Brooks and Dunn - Beer 30.mp3 | Brooks 'n Dunn | 2,454KB | Audio |
| esres4tytwo@KaZaA | Brooks n Dunn - Boot scootin boogie.mp3 | Brooks N'Dunn | 3,088KB | Audio |
| esres4tytwo@KaZaA | Cake - Race Car Ya-yas.mp3 | Cake | 1,268KB | Audio |
| esres4tytwo@KaZaA | cake - shut the fuck up.mp3 | Cake | 2,272KB | Audio |
| esres4tytwo@KaZaA | Chris Rock - Monica Lewinsky Interview .mp3 | Chris Rock | 1,186KB | Audio |
| esres4tytwo@KaZaA | chris rock- niggaz vs. white people.mp3 | Chris Rock | 520KB | Audio |
| esres4tytwo@KaZaA | Clipse - Lets Talk About It.mp3 | Clips | 5,037KB | Audio |
| esres4tytwo@KaZaA | Clipse feat. Fabolous.mp3 | Clips | 798KB | Audio |
| esres4tytwo@KaZaA | Clipse-12 Gangsta Lean.wma | Clips | 1,310KB | Audio |
| esres4tytwo@KaZaA | Cold Play - Everything's no.mp3 | Coldplay | 4,790KB | Audio |
| esres4tytwo@KaZaA | COLD PLAY - SPIES.MP3 | Coldplay | 4,981KB | Audio |
| esres4tytwo@KaZaA | Cold Play - Trouble.MP3 | Coldplay | 1,851KB | Audio |
| esres4tytwo@KaZaA | Cold Play Clocks.mp3 | Unknown | 4,804KB | Audio |
| esres4tytwo@KaZaA | Cold Play- Sparks.mp3 | Coldplay | 5,315KB | Audio |
| esres4tytwo@KaZaA | Coldplay - Animals.mp3 | Cold Play | 2,562KB | Audio |
| esres4tytwo@KaZaA | country.b4s | Unknown | 8KB | |
| esres4tytwo@KaZaA | country.kpl | Unknown | 4KB | |
| esres4tytwo@KaZaA | DIWALI RIDDIM - Sean Paul - Get Busy.mp3 | Ali | 3,357KB | Audio |
| esres4tytwo@KaZaA | DJ Rush - Schranz.mp3 | Dj Rush | 6,842KB | Audio |
| esres4tytwo@KaZaA | DMX - Love my Niggas (1).mp3 | DMX | 4,022KB | Audio |
| esres4tytwo@KaZaA | DMX - Party Up.mp3 | DMX | 4,201KB | Audio |
| esres4tytwo@KaZaA | dmx-x_gonna_give_it_to_ya-0mni.mp3 | DMX | 5,242KB | Audio |
| esres4tytwo@KaZaA | Dr. Dre-Ring ding dong.mp3 | Dr. Dre | 3,725KB | Audio |

Found 1259 files | 3,352,177 users online, sharing 597,069,606 files (4,752,640 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | | | | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4tytwo@KaZaA | Dr. Dre- Ring ding dong.mp3 | Dr. Dre | 3,725KB | Audio |
| esres4tytwo@KaZaA | Electronica.kpl | Unknown | 1KB | |
| esres4tytwo@KaZaA | Fabolous - Trade It All Remix.mp3 | Fabolous | 4,462KB | Audio |
| 2 Users | Faith Evans feat. Missy Elliot and Freeway- Burning Up (R…. | BoA | 5,294KB | Audio |
| esres4tytwo@KaZaA | Folk.kpl | Unknown | 0KB | |
| esres4tytwo@KaZaA | Funk.kpl | Unknown | 0KB | |
| esres4tytwo@KaZaA | Garth Brooks - When You Come Back To Me Again.mp3 | Garth Brooks | 4,310KB | Audio |
| esres4tytwo@KaZaA | get up kids - mass pike.mp3 | The Get Up Kids | 3,300KB | Audio |
| esres4tytwo@KaZaA | Get Up Kids - Second Place.mp3 | The Get Up Kids | 2,197KB | Audio |
| esres4tytwo@KaZaA | Getup Kids - Bar Bathing.mp3 | Get up Kids | 2,700KB | Audio |
| esres4tytwo@KaZaA | Gin and Juice(1).mp3 | Travis Tritt, Alan Jackson,… | 2,733KB | Audio |
| esres4tytwo@KaZaA | Ginuwine ft. Baby - Hell Yeah.mp3 | 01-ginuwine_feat_baby-… | 3,446KB | Audio |
| esres4tytwo@KaZaA | Good Charlotte - The Anthem.mp3 | Good Charlotte | 2,794KB | Audio |
| esres4tytwo@KaZaA | Guns and Roses - Welcome the Jungle.mp3 | Guns and Roses | 4,283KB | Audio |
| esres4tytwo@KaZaA | guster - 99 red balloons.mp3 | Goldfinger | 2,958KB | Audio |
| esres4tytwo@KaZaA | Guster - All The Way Up To Heaven.mp3 | Guster | 3,524KB | Audio |
| esres4tytwo@KaZaA | Guster - Xray Eyes.mp3 | Guster | 3,336KB | Audio |
| esres4tytwo@KaZaA | guster-backyard-keep it together.mp3 | guster | 5,391KB | Audio |
| esres4tytwo@KaZaA | guster-keep it together-homecoming king.mp3 | guster | 5,069KB | Audio |
| esres4tytwo@KaZaA | Hip-Hop.kpl | Unknown | 0KB | |
| esres4tytwo@KaZaA | homecoming king-keep it together_guster.mp3 | guster | 2,196KB | Audio |
| esres4tytwo@KaZaA | im just a kid - simple plan.MP3 | New Artist (65) | 1,276KB | Audio |
| esres4tytwo@KaZaA | J-Lo~Jenny From The Block.mp3 | J.Lo | 2,979KB | Audio |
| esres4tytwo@KaZaA | Jackson 5 - Candy Girl (1).mp3 | New Edition | 3,341KB | Audio |
| esres4tytwo@KaZaA | Jaheim -- Put That Woman First.mp3 | Jaheim | 5,761KB | Audio |
| esres4tytwo@KaZaA | Jay-Z ft. Beyonce - '03 Bonnie and Clyde.mp3 | 01-jay-z_ft._beyonce-bo… | 3,232KB | Audio |
| esres4tytwo@KaZaA | Jazz.kpl | Unknown | 0KB | |
| esres4tytwo@KaZaA | jesus on the radio-keep it together_guster.mp3 | guster | 3,397KB | Audio |

Found 1259 files | 3,352,177 users online, sharing 597,069,606 files (4,752,640 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4tytwo@KaZaA | jesus on the radio-keep it together_guster.mp3 | guster | 3,397KB | Audio |
| esres4tytwo@KaZaA | Jimmy Buffet - Cheeseburger in Paradice.mp3 | Jimmy Buffet | 2,673KB | Audio |
| esres4tytwo@KaZaA | John Valby - (Dr. Dirty) - Hi Ho.mp3 | John Valby | 1,159KB | Audio |
| esres4tytwo@KaZaA | keep it together-keep it together-guster.mp3 | guster | 4,868KB | Audio |
| esres4tytwo@KaZaA | kenney chesney - Just Don't Happen Twice.mp3 | Kenny Chesney | 2,216KB | Audio |
| esres4tytwo@KaZaA | Kenny Chesney - The Good Stuff.wav | Kenny Chesney | 782KB | Audio |
| esres4tytwo@KaZaA | kmd210_en.exe | Sharman Networks Ltd | 3,974KB | Software |
| esres4tytwo@KaZaA | kmd250a_en.exe | Sharman Networks Ltd | 5,789KB | Software |
| esres4tytwo@KaZaA | Lil Kim-The Jump Off.mp3 | Lil' Kim | 2,796KB | Audio |
| esres4tytwo@KaZaA | Lil' Kim - The Jump Off (feat. Mr Cheeks_Timbaland).mp3 | Lil Kim | 3,719KB | Audio |
| esres4tytwo@KaZaA | Lil' Kim- Guess Who's Back Freestyle (Dissin' Foxy Brown)... | Lil Kim | 2,042KB | Audio |
| esres4tytwo@KaZaA | LilFlip-Dirty5ouf.mp3 | Ali | 4,365KB | Audio |
| esres4tytwo@KaZaA | LL Cool J - Luv U Better (1).mp3 | LL Cool J | 3,732KB | Audio |
| esres4tytwo@KaZaA | LL Cool J f. Amerie - Paradise.mp3 | LL Cool J feat. Amerie | 4,413KB | Audio |
| esres4tytwo@KaZaA | Lynard Skynard - Swamp Music.mp3 | Lynrd Skynrd | 3,282KB | Audio |
| esres4tytwo@KaZaA | Lynard Skynard - Tuesdays Gone.mp3 | Lynard Skynard | 2,908KB | Audio |
| 2 Users | lynrd skynrd - sweet home alabama.mp3 | Lynard Skynard | 4,688KB | Audio |
| esres4tytwo@KaZaA | lynyrd skymyrd - Conway Twity Slow Hand.mp3 | Mase | 2,794KB | Audio |
| esres4tytwo@KaZaA | Mase - Bad, Bad Boy.mp3 | Clips | 3,211KB | Audio |
| esres4tytwo@KaZaA | movie quotes - Big Lebowski - Beverage Here.mp3 | Nas Feat. Lauren Hill | 1,129KB | Audio |
| esres4tytwo@KaZaA | NAS FEAT. LAUREN HILL - IF I RULED THE WORLD(REMIX)... | Nas | 5,185KB | Audio |
| esres4tytwo@KaZaA | nas-i_can-rns.mp3 | NASCAR | 5,950KB | Audio |
| esres4tytwo@KaZaA | NASCAR - Dale Earnhardt Song (1).mp3 | Dale | 2,112KB | Audio |
| esres4tytwo@KaZaA | NASCAR - GarthBrooks - Tribute To Dale Earnhardt.mp3 | JayZ, Nelly, Shyne | 9,842KB | Audio |
| esres4tytwo@KaZaA | Nelly _Jay-Z.mp3 | St. Lunatics | 3,800KB | Audio |
| esres4tytwo@KaZaA | Nelly - .mp3 | St. Lunatics | 3,240KB | Audio |
| esres4tytwo@KaZaA | Nelly - Must Be The Money.mp3 | | 4,592KB | Audio |
| esres4tytwo@KaZaA | Nelly Feat Murphy Lee_Ali - Thicky Thick Girl (1).mp3 | Nelly F/Murphy Lee_Ali | 1,866KB | Audio |

Found 1259 files | 3,352,177 users online, sharing 597,069,606 files (4,752,640 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4tytwo@KaZaA | Nelly Feat Murphy Lee _Ali - Thicky Thick Girl (1).mp3 | Nelly F/Murphy Lee _Ali | 1,866KB | Audio |
| esres4tytwo@KaZaA | New Found Glory - Anniversary.mp3 | New Found Glory | 4,026KB | Audio |
| esres4tytwo@KaZaA | New Found Glory - Belated.mp3 | New Found Glory | 2,937KB | Audio |
| esres4tytwo@KaZaA | New Found Glory - Forget Everything.mp3 | New Found Glory | 3,557KB | Audio |
| esres4tytwo@KaZaA | new found glory - Sonny.mp3 | New Found Glory | 4,871KB | Audio |
| esres4tytwo@KaZaA | NFG - sucker.mp3 | New Found Glory | 3,395KB | Audio |
| esres4tytwo@KaZaA | Notorious BIG - Freestyle.mp3 | Biggie Smalls | 2,195KB | Audio |
| esres4tytwo@KaZaA | notorious big - going back to cali (1).mp3 | notorious big | 2,091KB | Audio |
| esres4tytwo@KaZaA | NWA - Eazy E - Fat Girl.mp3 | NWA | 2,633KB | Audio |
| esres4tytwo@KaZaA | NWA - I Aint Tha One.mp3 | N.W.A | 4,783KB | Audio |
| esres4tytwo@KaZaA | nwa - Respect Yourself.mp3 | N.W.A. | 4,073KB | Audio |
| esres4tytwo@KaZaA | NWA - She Swallowed It.mp3 | N.W.A | 3,958KB | Audio |
| esres4tytwo@KaZaA | Pearl Jam - Binaural - 02 - Gods' Dice.mp3 | Pearl Jam | 3,424KB | Audio |
| esres4tytwo@KaZaA | Pearl Jam - Crazy Mary.mp3 | Pearl Jam | 4,650KB | Audio |
| esres4tytwo@KaZaA | Pearl Jam - Even Flow.mp3 | Peal Jam | 4,032KB | Audio |
| esres4tytwo@KaZaA | Pearl-1-Jam - Better Man.mp3 | Pearl Jam | 3,692KB | Audio |
| esres4tytwo@KaZaA | Pillsbury Doughgirl.mp3 | The All-American Rejects | 3,824KB | Audio |
| esres4tytwo@KaZaA | Pop Rock.kpl | Unknown | 0KB | |
| esres4tytwo@KaZaA | RB.kpl | Unknown | 1KB | |
| esres4tytwo@KaZaA | R. Kelly - Ignition (Remix).mp3 | R. Kelly | 4,431KB | Audio |
| esres4tytwo@KaZaA | R. Kelly - Snake (Feat. Big Tigger ).mp3 | R. Kelly | 4,563KB | Audio |
| esres4tytwo@KaZaA | Red Hot Chili Peppers - Roller Coaster (1).mp3 | Red Hot Chili Peppers | 4,304KB | Audio |
| esres4tytwo@KaZaA | Redneck Roses.mp3 | Tracy Byrd | 3,165KB | Audio |
| esres4tytwo@KaZaA | Reggae.kpl | Unknown | 0KB | |
| esres4tytwo@KaZaA | Rolling Stones - Almost Hear You Sigh.mp3 | Rolling Stones | 4,321KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - Beast of Burden.mp3 | Rolling Stones | 4,141KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - Brown Sugar.mp3 | Rolling Stones | 5,438KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - Get Off Of My Cloud.mp3 | Rolling Stones | 2,672KB | Audio |

Found 1259 files | 3,352,177 users online, sharing 597,069,606 files (4,752,640 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4tytwo@KaZaA | Rolling Stones - Get Off Of My Cloud.mp3 | Rolling Stones | 2,672KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - Honky Tonk Woman.mp3 | Rolling Stones | 2,891KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - Paint it Black.mp3 | Rolling Stones | 3,119KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - Ruby Tuesday.mp3 | Rolling Stones | 3,129KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - Satisfaction.mp3 | Rolling Stones | 3,119KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - Time Is On My Side.mp3 | Rolling Stones | 2,445KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - You Can't Always Get What You Want.mp3 | Rolling Stones | 4,575KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones-Respectable.mp3 | Rolling Stones | 2,933KB | Audio |
| esres4tytwo@KaZaA | Sample Music.lnk | Unknown | 0KB | |
| esres4tytwo@KaZaA | saves the day - 03 - handsome boy.mp3 | Saves the Day | 928KB | Audio |
| esres4tytwo@KaZaA | Saves The Day - 119 (from demo).mp3 | Saves the Day | 1,536KB | Audio |
| esres4tytwo@KaZaA | Saves The Day - 13 - Sometimes, New Jersey.mp3 | Saves the Day | 1,081KB | Audio |
| esres4tytwo@KaZaA | Saves The Day - Can't Slow Down - Seeing it This Way.mp3 | Saves the Day | 1,434KB | Audio |
| esres4tytwo@KaZaA | Saves The Day - Hot Time In Delaware.mp3 | Saves the Day | 1,666KB | Audio |
| esres4tytwo@KaZaA | Say Wow We - Tanto Metro.mp3 | Tanto Metro | 2,060KB | Audio |
| esres4tytwo@KaZaA | Sean Paul - Get Busy.mp3 | Sean Paul | 3,357KB | Audio |
| esres4tytwo@KaZaA | Simple Plan - One Day.mp3 | Simple Plan | 3,046KB | Audio |
| esres4tytwo@KaZaA | SNL - Will Ferrel - Bill Brasky.mp3 | SNL | 3,118KB | Audio |
| esres4tytwo@KaZaA | something Corperate - your gone.wma | something Corperate | 3,276KB | Audio |
| esres4tytwo@KaZaA | Something Corperate- Not What it Seems.WMA | Something Corperate | 3,140KB | Audio |
| esres4tytwo@KaZaA | something corporate - if i die (1).mp3 | Something Corperate | 2,374KB | Audio |
| esres4tytwo@KaZaA | A Night at the Roxbury - Baby Don't Hurt Me.mp3 | A+ | 4,236KB | Audio |
| esres4tytwo@KaZaA | Basketball Music - Chicago Bulls - Warm-up Theme.mp3 | NBA | 1,829KB | Audio |
| esres4tytwo@KaZaA | Basketball Remix- GOOD WARMUP (Jock Jams).mp3 | A+ | 2,620KB | Audio |
| esres4tytwo@KaZaA | Instrumental- Ice Beats.mp3 | instermental | 2,967KB | Audio |
| esres4tytwo@KaZaA | techno 1.acd | Unknown | 18KB | |
| esres4tytwo@KaZaA | TECHNO House Of Pain - Jump Around .mp3 | A+ | 7,464KB | Audio |
| esres4tytwo@KaZaA | TV themes - Will Smith - Fresh Prince of Belair.mp3 | A+ | 1,135KB | Audio |

Found 1259 files | 3,352,177 users online, sharing 597,069,606 files (4,752,640 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4tytwo@KaZaA | TV themes - Will Smith - Fresh Prince of Belair.mp3 | A+ | 1,135KB | Audio |
| esres4tytwo@KaZaA | Adult Comedy - John Valby - Purple Penis Eater.mp3 | John Valby | 1,168KB | Audio |
| esres4tytwo@KaZaA | Bob Rivers - So Crappy Together.mp3 | Bob Rivers | 1,269KB | Audio |
| esres4tytwo@KaZaA | Chris Tucker- Funny Prank Phone Call.mp3 | A+ | 1,409KB | Audio |
| esres4tytwo@KaZaA | comedy - Funny Happy Birthday Song.mp3 | A+ | 1,514KB | Audio |
| esres4tytwo@KaZaA | Comedy - Homer Simpson Answering Machine.mp3 | | 302KB | Audio |
| esres4tytwo@KaZaA | Comedy - Robin Williams - Marijuana.mp3 | Robin Williams | 2,208KB | Audio |
| esres4tytwo@KaZaA | comedy-Weird Al Yankovich - Elmo's Got A Gun.mp3 | Tommy_Rumble | 1,257KB | Audio |
| esres4tytwo@KaZaA | john valby - mike tyson.mp3 | John Valby | 1,220KB | Audio |
| esres4tytwo@KaZaA | Alan Jackson - Chatahoochie.mp3 | Alan Jackson | 3,744KB | Audio |
| esres4tytwo@KaZaA | Country-Toby Keith - lets talk about me(1).mp3 | Toby Keith | 4,356KB | Audio |
| esres4tytwo@KaZaA | Beach Boys - Surfin USA.mp3 | Beach Boys | 2,324KB | Audio |
| esres4tytwo@KaZaA | Billy Joel - Piano Man.mp3 | Billy Joel | 5,246KB | Audio |
| esres4tytwo@KaZaA | James Brown - Sexmachine (Get on up).mp3 | James Brown | 4,935KB | Audio |
| esres4tytwo@KaZaA | MARVIN GAYE-SEXUAL HEALIN'.MP3 | Marvin Gaye and Shaggy | 3,841KB | Audio |
| esres4tytwo@KaZaA | 05-clipse-cot_damn-wcr.mp3 | Clipse | 7,058KB | Audio |
| esres4tytwo@KaZaA | 112 - Dance With Me.mp3 | 112 | 3,598KB | Audio |
| esres4tytwo@KaZaA | 112 - peaches and cream(1)(1).wav.mp3 | 112 | 5,306KB | Audio |
| esres4tytwo@KaZaA | 2Pac - I aint mad at Cha.mp3 | 2pac | 4,591KB | Audio |
| esres4tytwo@KaZaA | 2pac - Staring at the World.mp3 | 2pac | 3,678KB | Audio |
| esres4tytwo@KaZaA | 2pac-Id_Rather_be_Your_NIGGA.mp3 | 2pac | 3,966KB | Audio |
| esres4tytwo@KaZaA | 3LW - I Do Wanna Get Close To You.mp3 | 3LW ft/ P. Diddy_Loon | 3,735KB | Audio |
| esres4tytwo@KaZaA | 3LW - I Do.MP3 | 3LW Feat. P. Diddy_Loon | 3,735KB | Audio |
| esres4tytwo@KaZaA | 3LW - No More.mp3 | 3LW | 4,174KB | Audio |
| esres4tytwo@KaZaA | 504 Boys - I Can Tell You Wanna Fuck.mp3 | A+ | 3,404KB | Audio |
| esres4tytwo@KaZaA | a.Dungeon Family - trans df express.mp3 | Dungeon Family | 4,534KB | Audio |
| esres4tytwo@KaZaA | Afro Man - Lets All Get Drunk.mp3 | Afroman | 5,392KB | Audio |
| esres4tytwo@KaZaA | ashanti - 03 Happy (Ft. Ja Rule).mp3 | Ashanti | 4,104KB | Audio |

Found 1259 files | 3,352,177 users online, sharing 597,069,606 files (4,752,640 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4tytwo@KaZaA | ashanti - 03 Happy (Ft. Ja Rule).mp3 | Ashanti | 4,104KB | Audio |
| esres4tytwo@KaZaA | Ashanti Ft. Notorius Big - Unfoolish.mp3 | Ashanti Ft. Notorius Big | 3,082KB | Audio |
| esres4tytwo@KaZaA | b2k - uh huh (1)(1).mp3 | B2K | 3,458KB | Audio |
| esres4tytwo@KaZaA | Baha Men - Who Let The Dogs Out.mp3 | A+ | 575KB | Audio |
| esres4tytwo@KaZaA | Beanie Sigel_Freeway - Rock the Mic.mp3 | Beanie Sigel_Freeway | 3,786KB | Audio |
| esres4tytwo@KaZaA | Beastie Boys - Intergalactic.mp3 | Beastie Boys | 3,618KB | Audio |
| esres4tytwo@KaZaA | BG - Bling Bling.mp3 | B.G. | 7,325KB | Audio |
| esres4tytwo@KaZaA | Big Pun. f. Donell Jones - It's So Hard.mp3 | A+ | 1,617KB | Audio |
| esres4tytwo@KaZaA | Big Tymers - #1 Stunna.mp3 | Big Tymers | 6,599KB | Audio |
| esres4tytwo@KaZaA | Big Tymers - Project Bitch.mp3 | Big Tymers | 4,394KB | Audio |
| esres4tytwo@KaZaA | Big Tymers feat. Hot Boys - Get Your Roll On.mp3 | A+ | 6,073KB | Audio |
| esres4tytwo@KaZaA | Biggie Smalls - Hypnotize(1).mp3 | A+ | 3,594KB | Audio |
| esres4tytwo@KaZaA | Bloodhound Gang - Mope.mp3 | A+ | 4,323KB | Audio |
| esres4tytwo@KaZaA | cam'ron - Oh Boy Album Version.mp3 | Cam'ron | 3,225KB | Audio |
| esres4tytwo@KaZaA | Craig David - 7 Seven days.mp3 | Craig david | 5,263KB | Audio |
| esres4tytwo@KaZaA | Craig David - Im Walking Away.mp3 | Craig David | 3,233KB | Audio |
| esres4tytwo@KaZaA | Dead Prez - Its Bigger Than Hip Hop.mp3 | A+ | 5,684KB | Audio |
| esres4tytwo@KaZaA | dj sammy - we're in heaven (techno remix)(1).mp3 | Dj sammy | 3,634KB | Audio |
| esres4tytwo@KaZaA | DMX - Ruff Ryder's Anthem(2).mp3 | DMX | 3,349KB | Audio |
| esres4tytwo@KaZaA | DMX - Slippin.mp3 | A+ | 2,386KB | Audio |
| esres4tytwo@KaZaA | dmx - WE BE Right Here.mp3 | A+ | 3,376KB | Audio |
| esres4tytwo@KaZaA | DMX and Drag-On - Changes (Remix).mp3 | A+ | 3,532KB | Audio |
| esres4tytwo@KaZaA | Dr Dirty- Sex in Kmart.mp3 | John Valby (Dr. Dirty) | 651KB | Audio |
| esres4tytwo@KaZaA | Dr Dre - Bad Intentions.mp3 | Dr Dre | 4,248KB | Audio |
| esres4tytwo@KaZaA | Dr. John_Dirty Valby - Shithouse Blues (III).MP3 | Dr. John_Dirty valby | 2,710KB | Audio |
| esres4tytwo@KaZaA | Dru Hill-I Love You.mp3 | Dru Hill | 4,901KB | Audio |
| esres4tytwo@KaZaA | Eve ft. Alicia Keys - Gangsta Lovin'.mp3 | Eve feat. Alicia Keys | 3,706KB | Audio |
| esres4tytwo@KaZaA | Fat Boy Slim - Magic Carpet Ride (Techno Remix).mp3 | Fatboy Slim | 3,166KB | Audio |

Found 1259 files | 3,352,177 users online, sharing 597,069,606 files (4,752,640 GB) | Not sharing any files

Kazaa - [Search]
File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend
New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4tytwo@KaZaA | Fat Boy Slim - Magic Carpet Ride (Techno Remix).mp3 | Fatboy Slim | 3,186KB | Audio |
| esres4tytwo@KaZaA | Fat Boy Slim- Kung Fu fighting (Techno Dance Remix).mp3 | A+ | 3,365KB | Audio |
| esres4tytwo@KaZaA | Fat Joe ft ginuwine-crush tonight.mp3 | A+ | 3,713KB | Audio |
| esres4tytwo@KaZaA | Foxy Brown - Candy.mp3 | Foxy Brown | 3,494KB | Audio |
| esres4tytwo@KaZaA | Ginuwine - My Pony.mp3 | Genuine | 3,471KB | Audio |
| esres4tytwo@KaZaA | Ja Rule - Holla Holla(1).mp3 | Ja Rule | 6,262KB | Audio |
| esres4tytwo@KaZaA | Ja Rule - Lost Little Girl.mp3 | Ja Rule | 4,729KB | Audio |
| esres4tytwo@KaZaA | Jay and Silent Bob Strike Back- Fuck Beans.mp3 | Jay and silent Bob | 174KB | Audio |
| esres4tytwo@KaZaA | Jay And Silent Bob-Jays Rap.mp3 | Jason Mewes | 512KB | Audio |
| esres4tytwo@KaZaA | Jay-Z - The Blueprint - 05 - jigga that nigga(1).mp3 | jay-z | 4,784KB | Audio |
| esres4tytwo@KaZaA | Jermaine Dupri - Welcome To Atlanta (Feat Ludicris).mp3 | Jermaine Dupri ft. Ludicris | 4,838KB | Audio |
| esres4tytwo@KaZaA | Joe F Mystikal - Studder (remix).mp3 | A+ | 4,254KB | Audio |
| esres4tytwo@KaZaA | Keke Wyatt Feat. Avant - Nothing In This World.mp3 | Keke Wyatt | 3,818KB | Audio |
| esres4tytwo@KaZaA | Khia - My Neck, My Back (Dirty).mp3 | A+ | 3,547KB | Audio |
| esres4tytwo@KaZaA | Lifehouse - Hanging By the Moment.mp3 | Lifehouse | 3,392KB | Audio |
| esres4tytwo@KaZaA | Lil Romeo - My baby.mp3 | Lil Romeo | 5,273KB | Audio |
| esres4tytwo@KaZaA | LL COOL J- SUT EM DOWN.MP3 | LL Cool J | 3,162KB | Audio |
| esres4tytwo@KaZaA | LL COOL J-I NEED LOVE.MP3 | LL Cool J | 5,042KB | Audio |
| esres4tytwo@KaZaA | LL Cool J-Imagine That.mp3 | LL Cool J | 4,629KB | Audio |
| esres4tytwo@KaZaA | Ludacris - Southern Hospitality.mp3 | Ludacris | 4,704KB | Audio |
| 2 Users | Ludacris - What's Your Fantasy.mp3 | A+ | 4,307KB | Audio |
| esres4tytwo@KaZaA | Ludacris - Word of Mouf - 12 - Saturday (Oooh! Oooh!)(1)... | Ludacris | 4,506KB | Audio |
| esres4tytwo@KaZaA | ludie.sgp | Unknown | 6KB | |
| esres4tytwo@KaZaA | Mario - Just A Friend (2000).MP3 | Mario | 3,328KB | Audio |
| esres4tytwo@KaZaA | Mary j blige-06-no more drama-rns.mp3 | Mry J. Blige | 3,823KB | Audio |
| esres4tytwo@KaZaA | Mase - Feels So Good(1).mp3 | A+ | 5,662KB | Audio |
| esres4tytwo@KaZaA | MISSY ELLIOT - GET YOUR FREAK ON.MP3 | A+ | 3,753KB | Audio |
| esres4tytwo@KaZaA | Mobb Deep and DMX - Quiet Storm (Victory Remix).mp3 | A+ | 3,757KB | Audio |

Found 1259 files. | 3,352,177 users online, sharing 597,069,606 files (4,752,640 GB) | Not sharing any files