**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | My Kazaa

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 2 Users | | | | |
| esres4tytwo@KaZaA | New Found Glory - Sticks And Stones - 06 - It's Been A Sum... | New Found Glory | 3,324kB | Audio |
| esres4tytwo@KaZaA | New Found Glory - Story So Far (Acoustic) (1).wav | New Found Glory | 3,229kB | Audio |
| esres4tytwo@KaZaA | New Found Glory - The Goonies -R- Good Enough.mp3 | A New Found Glory | 2,392kB | Audio |
| esres4tytwo@KaZaA | New Found Glory - Understatement.mp3 | New Found Glory | 3,022kB | Audio |
| esres4tytwo@KaZaA | New Found Glory-The Minute I Met You (1).mp3 | New Found Glory | 2,862kB | Audio |
| esres4tytwo@KaZaA | NFG - Dressed to Kill.mp3 | NFG | 2,426kB | Audio |
| esres4tytwo@KaZaA | Nivea_R._Kelly-- Laundromat.mp3 | Nivea | 6,258kB | Audio |
| esres4tytwo@KaZaA | NO PROBLEM - Kenny Chesney- No Shoes, No Shirt, No Pr... | Kenny Chesney | 3,302kB | Audio |
| esres4tytwo@KaZaA | NWA - A Bitch is a Bitch.mp3 | NWA | 3,098kB | Audio |
| esres4tytwo@KaZaA | NWA - Chin Check.mp3 | N.W.A. | 4,129kB | Audio |
| esres4tytwo@KaZaA | NWA - Dopeman.mp3 | N.W.A. | 5,847kB | Audio |
| esres4tytwo@KaZaA | NWA - Fuck Tha Police.mp3 | NWA | 5,365kB | Audio |
| esres4tytwo@KaZaA | Outcast- The Way you Move.mp3 | OutKast | 7,386kB | Audio |
| esres4tytwo@KaZaA | p diddy and the bad boy family - 06 - diddy (1).mp3 | 07-p_diddy_and_the_ba... | 1,847kB | Audio |
| esres4tytwo@KaZaA | P. Diddy Feat Busta Rymes ,The Neptunes - Pass The Cou... | Busta Rhymes F P Diddy ... | 4,154kB | Audio |
| esres4tytwo@KaZaA | Party Mix # 4 - Garth Brookes - Long Neck Bottle.mp3 | Garth Brooks | 2,140kB | Audio |
| esres4tytwo@KaZaA | Pearl Jam - Alive.mp3 | Pearl Jam | 5,332kB | Audio |
| esres4tytwo@KaZaA | Pearl Jam - Black.mp3 | Pearl Jam | 5,378kB | Audio |
| esres4tytwo@KaZaA | Pearl Jam - Jeremy (1).mp3 | Pearl Jam | 4,988kB | Audio |
| esres4tytwo@KaZaA | Pearl Jam - Where Can My Baby Be.mp3 | Pearl Jam | 2,334kB | Audio |
| esres4tytwo@KaZaA | Pearl Jam - Yellow Ledbetter.mp3 | Pearl Jam | 4,742kB | Audio |
| esres4tytwo@KaZaA | Pharrell feat.mp3 | Pharrell Feat. Jay-Z | 5,654kB | Audio |
| esres4tytwo@KaZaA | Pharrell Williams - Hoops.mp3 | Pharrell (Neptunes) | 930kB | Audio |
| esres4tytwo@KaZaA | Presidents of the USA - Millions of Peaches.mp3 | Presidents of the USA | 2,691kB | Audio |
| esres4tytwo@KaZaA | Puff Daddy Notorious Big Mase - Been Around The Wor... | Notorious B.I.G. | 5,081kB | Audio |
| esres4tytwo@KaZaA | Pull My Chain - 11 - My List.mp3 | Toby Keith | 3,142kB | Audio |
| esres4tytwo@KaZaA | Punk Covers - A New Found Glory - So Happy Together .m... | A New Found Glory | 1,848kB | Audio |
| esres4tytwo@KaZaA | punk covers - Bob Marley Cover.mp3 | Los Cafres_Fenicos | 1,759kB | Audio |

Found 1259 files | 3,352,177 users online, sharing 597,069,606 files (4,752,640 GB) | Not sharing any files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

My Kazaa | Theater | Web | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4tytwo@KaZaA | punk covers - Bob Marley Cover.mp3 | Los Cafres _Pericos | 1,759KB | Audio |
| esres4tytwo@KaZaA | p_diddy-04-bad_boy_for_life(dirty)-noppie.mp3 | P.Diddy | 2,910KB | Audio |
| esres4tytwo@KaZaA | Queen - Another One Bites The Dust.mp3 | Queen | 3,389KB | Audio |
| esres4tytwo@KaZaA | Queen - Bohemian Rhapsody.mp3 | Queen | 5,516KB | Audio |
| esres4tytwo@KaZaA | R Kelly - Sex Is On My Mind (1).mp3 | Usher | 4,387KB | Audio |
| esres4tytwo@KaZaA | R. Kelly feat Joe Buddens - Ignition (remix).mp3 | dj absolut the borrow | 3,001KB | Audio |
| esres4tytwo@KaZaA | Ram Squad f Nelly, Sticky Fingas - Ballers Remix. mp3 | St. Lunatics | 4,187KB | Audio |
| esres4tytwo@KaZaA | Rap - Dr. Dre _Snoop Dogg - 187.mp3 | Dr. Dre _Snoop Doggy D... | 3,818KB | Audio |
| esres4tytwo@KaZaA | RAP Bone Thugs and Harmony - Thuggish Ruggish Bone (T... | Bone Thugs | 4,930KB | Audio |
| esres4tytwo@KaZaA | Red Hot Chili Peppers - Californication - 04 - Otherside.mp3 | Red Hot Chili Peppers | 6,000KB | Audio |
| esres4tytwo@KaZaA | Red Hot Chili Peppers - Give It Away.mp3 | Red Hot Chili Peppers | 4,380KB | Audio |
| esres4tytwo@KaZaA | Red Hot Chili Peppers - ScarTissue.mp3 | Red Hot Chili Peppers | 1,672KB | Audio |
| esres4tytwo@KaZaA | Reggae- Everybody Falls In Love Sometimes.mp3 | beenie man | 3,365KB | Audio |
| esres4tytwo@KaZaA | Reggae-Buzz Riddim-Sean Paul-Give Me The Light.mp3 | Sean Paul | 3,468KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones , The - Wild Horses (Acoustic).mp3 | Rolling Stones with The Bl... | 4,842KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - 19th Nervous Breakdown.mp3 | Rolling Stones | 3,735KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - Brown Sugar (1).mp3 | Rolling Stones | 3,580KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - Don't Stop.mp3 | Rolling Stones | 3,681KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - Harlem Shuffle.mp3 | Rolling Stones | 3,221KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - Heartbreaker.mp3 | Rolling Stones | 3,281KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - It's All Over Now.mp3 | Rolling Stones | 3,234KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - Jumpin Jack Flash.mp3 | Rolling Stones | 3,514KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - Live With Me.mp3 | Rolling Stones | 3,358KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - Miss You.mp3 | Rolling Stones | 3,956KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - Start Me Up.mp3 | Rolling Stones | 4,192KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - Tumbling Dice.mp3 | Rolling Stones | 3,558KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones - Wild Horses.mp3 | Rolling Stones | 5,368KB | Audio |
| esres4tytwo@KaZaA | Rolling Stones -Give me Shelter.mp3 | Rolling Stones | 4,330KB | Audio |

Found 1269 files | 3,352,177 users online; sharing 997,069,606 files (4,752,640 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4tytwo@KaZaA | Rolling Stones -Give me Shelter.mp3 | Rolling Stones | 4,330kB | Audio |
| esres4tytwo@KaZaA | Rufio - One Slowdance.mp3 | Simple Plan | 4,133kB | Audio |
| esres4tytwo@KaZaA | RZA- ninjastep Instrumental.mp3 | Wu Tang Instrumentals | 3,782kB | Audio |
| esres4tytwo@KaZaA | Save The Last Dance Soundtrack- Ice Cube ft. Mack 10 ... | Ali | 2,436kB | Audio |
| 2 Users | Scorpions - Rock You Like A Hurricane (1).mp3 | Scorpions | 3,926kB | Audio |
| esres4tytwo@KaZaA | Seventy Times Seven.mp3 | Brand New | 1,758kB | Audio |
| esres4tytwo@KaZaA | Simon_Garfunkel - Kodachrome.mp3 | Simon and Garfunkel | 3,289kB | Audio |
| esres4tytwo@KaZaA | Simon and Garfunkle - For Emily.mp3 | Simon and Garfunkel | 2,300kB | Audio |
| esres4tytwo@KaZaA | Simon and Garfunkle - I Am A Rock.mp3 | Simon and Garfunkel | 2,682kB | Audio |
| esres4tytwo@KaZaA | SimonGarfunkel-Like A Bridge Over Troubled Waters.mp3 | Simon And Garfunkle | 4,568kB | Audio |
| esres4tytwo@KaZaA | Simple Plan - My Alien.mp3 | Simple Plan | 2,808kB | Audio |
| esres4tytwo@KaZaA | Simple Plan - You Dont Mean Anything.mp3 | Simple Plan | 2,427kB | Audio |
| esres4tytwo@KaZaA | Simple Plan - When I'm With You.mp3 | Simple Plan | 2,482kB | Audio |
| esres4tytwo@KaZaA | Simple Plan -Worst Day Ever.mp3 | Simple Plan | 3,246kB | Audio |
| esres4tytwo@KaZaA | Simple Plan-Perfect.MP3 | Simple Plan | 1,888kB | Audio |
| esres4tytwo@KaZaA | Simple_Plan-Addicted.mp3 | Simple Plan | 1,821kB | Audio |
| esres4tytwo@KaZaA | Simple_Plan_-_10_-_I_Wont_Be_There.mp3 | Simple Plan | 2,956kB | Audio |
| esres4tytwo@KaZaA | Sisco- How Deep Is Your Love.mp3 | Dru Hill | 2,852kB | Audio |
| esres4tytwo@KaZaA | Skid Row - I'll Remember You.mp3 | The Ataris | 2,556kB | Audio |
| esres4tytwo@KaZaA | Sno Dogg - Lay Low (instrumental) (1).mp3 | Instrumentals | 5,221kB | Audio |
| esres4tytwo@KaZaA | Snoop Dogg - Beautiful (feat. Pharrell, Uncle Charlie Wilson... | Snoop Dogg | 4,688kB | Audio |
| esres4tytwo@KaZaA | Something Corporate - When It Goes Down.mp3 | Something Corporate | 5,500kB | Audio |
| esres4tytwo@KaZaA | Something Corporate- Hurricane.mp3 | something corporate | 3,732kB | Audio |
| esres4tytwo@KaZaA | something corporate- you're gone.mp3 | Something Corporate | 4,338kB | Audio |
| esres4tytwo@KaZaA | something corporate - Bad Days.mp3 | Something Corporate | 3,418kB | Audio |
| esres4tytwo@KaZaA | Something Corporate - Cavanaugh Park.mp3 | Something Corporate | 3,946kB | Audio |
| esres4tytwo@KaZaA | Something Corporate - I Woke Up In A Car.mp3 | Something Corporate | 4,943kB | Audio |
| esres4tytwo@KaZaA | Something Corporate - Punk Rock Princess.MP3 | Something Corporate | 1,561kB | Audio |

3,352,177 users online, sharing 597,069,606 files (4,752,640 GB)    Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

My Kazaa | Theater | Web | Search | Traffic | Shop | Tell A Friend

New search | Download

Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4tytwo@KaZaA | Something Corporate - Punk Rock Princess.MP3 | Something Corporate. | 1,561KB | Audio |
| esres4tytwo@KaZaA | something corporate - Walt.mp3 | Something Corperate | 4,023KB | Audio |
| esres4tytwo@KaZaA | Something Corporate-babies of the 80s (1).mp3 | Something Corperate | 2,894KB | Audio |
| esres4tytwo@KaZaA | something_corporate-i_want_to_save_you.mp3 | Something Corperate | 3,577KB | Audio |
| esres4tytwo@KaZaA | Somthing Corperate - If U C Jordan.mp3 | Something Corperate | 4,010KB | Audio |
| esres4tytwo@KaZaA | Somthing Corperate - Konstantine (1).mp3 | Something Corporate | 9,144KB | Audio |
| esres4tytwo@KaZaA | afrika bambaataa - nike basketball freestyle remix (long ve… | A+ | 2,249KB | Audio |
| esres4tytwo@KaZaA | TRANCE_RAVE_TECHNO-DJ SKRIBBLE_ANTHONY ACID -…. | DJ Skribble_Anthony Acid | 6,669KB | Audio |
| esres4tytwo@KaZaA | 014 - Bob Rivers - Yellow Snow! Yellow Snow! Yellow Snow!… | Bob Rivers | 2,328KB | Audio |
| esres4tytwo@KaZaA | Adam Sandler Operanan - Dissing Osama Bin Laden @ trib… | Adam Sandler | 2,599KB | Audio |
| esres4tytwo@KaZaA | Adam Sandler- Prank Phone Calls .mp3 | Adam Sandler | 1,907KB | Audio |
| esres4tytwo@KaZaA | Alan Jackson - That'd Be Alright.mp3 | Alan Jackson | 3,460KB | Audio |
| esres4tytwo@KaZaA | Bob Rivers Comedy Corp - The Restroom Door Said_Gentl… | Bob Rivers Comedy Group | 1,469KB | Audio |
| esres4tytwo@KaZaA | christmas songs - Thank God Im a Pubic Hair (1).mp3 | John Valby | 895KB | Audio |
| esres4tytwo@KaZaA | Christmas Songs-John Valby - Rum-Pum-Pum.mp3 | Dr Dirty | 1,274KB | Audio |
| esres4tytwo@KaZaA | Comedy - Christmas Songs - I'll Be Stoned For Xmas.mp3 | John Valby (Dr. Dirty) | 810KB | Audio |
| esres4tytwo@KaZaA | Comedy - Jeff Foxworthy - Redneck Games (With Alan Jac… | Alan Jackson | 3,215KB | Audio |
| esres4tytwo@KaZaA | Jeff Foxworthy - Redneck 12 Days Of Christmas.mp3 | Jeff Foxworthy | 2,214KB | Audio |
| esres4tytwo@KaZaA | Jeff Foxworthy - Redneck Spelling Bee.mp3 | Jeff Foxworthy | 1,647KB | Audio |
| esres4tytwo@KaZaA | John Valby - Funny Christmas Song.mp3 | John Valby (Dr. Dirty) | 810KB | Audio |
| esres4tytwo@KaZaA | John Valby - My Dick Is Small.mp3 | Dr. Dirty/John Valby | 1,496KB | Audio |
| esres4tytwo@KaZaA | John Valby - Smurfs Castrate Mr Rogers.mp3 | John Valby (Dr Dirty) | 840KB | Audio |
| esres4tytwo@KaZaA | John Valby-Compact Dirt Digital Ditties-07-Yank My Doodle… | John Valby | 1,435KB | Audio |
| esres4tytwo@KaZaA | Valby, John Dr. Dirty - 09 - Silent Night.mp3 | John 'Dr. Dirty' Valby | 1,052KB | Audio |
| esres4tytwo@KaZaA | Weird Al Yankovic - 12 Pairs of Christmas.mp3 | Bob Rivers | 3,466KB | Audio |
| esres4tytwo@KaZaA | Beach Boys - Barbara Ann (Full Version).mp3 | Beach Boys | 3,682KB | Audio |
| esres4tytwo@KaZaA | Bee Gees - To Love Somebody.mp3 | Bee Gees | 2,886KB | Audio |
| esres4tytwo@KaZaA | Earth Wind and Fire - Lets Groove Tonight.mp3 | Earth Wind and Fire | 3,485KB | Audio |

nike basketball freest…
Yellow Snow
The Restroom…
Thank…
Comedy -
Redneck Games
Redneck 12…
R…
I'll Be St…
My D…
Smurfs…
Twelve…

Found 1259 files | 3,352,177 users online, sharing 597,069,606 files (4,752,640 GB) | Not sharing any files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download

Search   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4txtwo@KaZaA | Earth Wind and Fire - Lets Groove Tonight.mp3 | Earth Wind and Fire | 3,485KB | Audio |
| esres4txtwo@KaZaA | Eric Clapton - If i could change the world.mp3 | Eric Clapton | 3,688KB | Audio |
| esres4txtwo@KaZaA | Where Is The Love (Full).mp3 | Black Eyed Peas f/ Justin ... | 3,626KB | Audio |
| esres4txtwo@KaZaA | (01) Craig David - Fill Me In(1).mp3 | Craig David | 4,020KB | Audio |
| esres4txtwo@KaZaA | 09-foxy_brown-i_need_a_man-whoa.mp3 | Foxy Brown | 6,390KB | Audio |
| esres4txtwo@KaZaA | 14-50_cent-21_questions_(feat_nate_dogg)-rns (1).mp3 | 50 Cent | 5,261KB | Audio |
| esres4txtwo@KaZaA | 2Pac - Dear Mama.mp3 | 2Pac | 2,190KB | Audio |
| esres4txtwo@KaZaA | 2Pac - Thug2 Mansion.mp3 | 2pac | 4,752KB | Audio |
| esres4txtwo@KaZaA | 50 Cent - I SMELL PUSSY.mp3 | 07-g_unit-i_smell_pussy_... | 4,335KB | Audio |
| esres4txtwo@KaZaA | 504 Boys - Wobble Wobble.mp3 | 504 Boyz | 5,209KB | Audio |
| esres4txtwo@KaZaA | A New Found Glory - The Glory Of Love.mp3 | A New Found Glory | 3,096KB | Audio |
| esres4txtwo@KaZaA | ali - breathe in breathe out.mp3 | All Featuring St. Lunatics ... | 3,644KB | Audio |
| esres4txtwo@KaZaA | Ali - Heavy Starch - 05 - No ( Retail )_.mp3 | Ali | 2,815KB | Audio |
| esres4txtwo@KaZaA | Ali Feat. St. Lunatics - Breathe In, Breathe Out.mp3 | Ali ft. St. Lunatics | 5,466KB | Audio |
| esres4txtwo@KaZaA | Amerie feat. Ludacris - Why Don't We Fall In Love (Remix).. | Amerie Featuring Ludacris | 3,268KB | Audio |
| esres4txtwo@KaZaA | Angie Martinez ft Sacario_Lil' Mo - If I Could Go.mp3 | Angie Martinez ft Sacario... | 3,952KB | Audio |
| esres4txtwo@KaZaA | Ashanti - 04 - leaving (always on time pt 2 ft ja rule).mp3 | !! HTTP://Mp3s.4-all.org !! | 3,685KB | Audio |
| esres4txtwo@KaZaA | Ashanti - Rock Wit You (oh baby).mp3 | Ashanti | 5,158KB | Audio |
| esres4txtwo@KaZaA | ashanti_ft_nas_jarule-01-the_pledge(dirty)-xxl.mp3 | Ashanti Ft Nas Ja Rule | 3,694KB | Audio |
| esres4txtwo@KaZaA | B2K feat. P. Diddy - Bump, Bump, Bump(1).mp3 | B2K feat P.Diddy | 6,728KB | Audio |
| esres4txtwo@KaZaA | Baby feat. P. Diddy - Do That Shit.mp3 | Baby Ft. P. Diddy | 5,827KB | Audio |
| esres4txtwo@KaZaA | Beanie Man f. Janet Jackson - Feel It Boy.MP3 | Beenie Man ft. Janet Jack.. | 3,194KB | Audio |
| esres4txtwo@KaZaA | big tymers - Still Fly (dirty).mp3 | Big Tymers | 5,255KB | Audio |
| esres4txtwo@KaZaA | biggie feat 50 cent.mp3 | 50 Cents f/ Biggie Smalls | 3,394KB | Audio |
| esres4txtwo@KaZaA | Biggie Smalls - Pimps and Hos.mp3 | Biggie Smalls | 4,627KB | Audio |
| esres4txtwo@KaZaA | Biggie, Mos Def, Eminem - Dead Wrong (JonBlaze Remix).... | A+ | 6,460KB | Audio |
| esres4txtwo@KaZaA | Black Summer Party vol. 3 CD1 - 02 Missy Eliot Feat Eve - 4... | Roxette | 3,816KB | Audio |
| esres4txtwo@KaZaA | Cash Brown - Last Man Standing.mp3 | Cash Brown | 3,222KB | Audio |

Found 1259 files    3,352,177 users online, sharing 597,069,606 files (4,782,640 GB)    Not sharing any files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4txtwo@KaZaA | Cash Brown - Last Man Standing.mp3 | Cash Brown | 3,222KB | Audio |
| esres4txtwo@KaZaA | David Banner (Feat. Lil Flip) - Get Down (Like A Pimp).mp3 | David Banner | 4,011KB | Audio |
| esres4txtwo@KaZaA | De La Soul_Redman - Oohh.mp3 | De La Soul | 5,019KB | Audio |
| esres4txtwo@KaZaA | Dj Sammy_Yanou - Heaven (Extended Mix).mp3 | DJ Sammy_Yanou feat. … | 4,958KB | Audio |
| esres4txtwo@KaZaA | Drag-On feat. DMX - Niggas Die 4 Me.mp3 | Drag On feat. DMX | 5,333KB | Audio |
| esres4txtwo@KaZaA | Dream f. P Diddy_Kane - This Is Me (remix).mp3 | Dream f. P. Diddy | 6,527KB | Audio |
| esres4txtwo@KaZaA | Fabolous - Into You (feat Ashanti).mp3 | Fabolous | 6,441KB | Audio |
| esres4txtwo@KaZaA | Frankie J - Don't Wanna Try.mp3 | Frankie J | 6,466KB | Audio |
| esres4txtwo@KaZaA | FREEWAY - Philadelphia Freeway-what we do feat. Jay-z ,… | Freeway | 3,874KB | Audio |
| esres4txtwo@KaZaA | Freeway-PHILADELPHIA FREEWAY-flipside.mp3 | Freeway | 1,907KB | Audio |
| esres4txtwo@KaZaA | Fubu - Ludacris,LL Cool J_Keith Murray - Fatty Girl.mp3 | Ludacris Ft. LL Cool J And… | 5,441KB | Audio |
| esres4txtwo@KaZaA | J.Lo_Ja Rule - Ain't It Funny (remix).mp3 | J.Lo Feat. Ja Rule and C… | 5,441KB | Audio |
| esres4txtwo@KaZaA | J.Lo feat. Lox - Jenny From The Block.mp3 | Jennifer Lopez | 2,997KB | Audio |
| esres4txtwo@KaZaA | ja rule + case_livin' it up.mp3 | ja rule + case | 5,802KB | Audio |
| esres4txtwo@KaZaA | Jay-Z and Beyonce- Bonnie and Clyde.mp3 | Jay-Z | 4,814KB | Audio |
| esres4txtwo@KaZaA | Juvenile - Project English - 09 - Mamma Got Ass.mp3 | A+ | 1,930KB | Audio |
| esres4txtwo@KaZaA | Kylie Minogue - Love At First Sight.mp3 | Kylie Minogue | 3,744KB | Audio |
| esres4txtwo@KaZaA | Little Bow Wow Feat Escape - Bounce With Me.mp3 | Lil Bow Wow Feat. Xscape | 4,767KB | Audio |
| esres4txtwo@KaZaA | MARY J BLIGE - FAMILY AFAIR(1).MP3 | Mary J. Blige | 5,880KB | Audio |
| esres4txtwo@KaZaA | Missy Elliot Feat Jay-Z_Ludacris - One minute Man .mp3 | Missy Elliot F) Jay-Z_Lud… | 7,796KB | Audio |
| esres4txtwo@KaZaA | Missy Elliott - So Addictive - 09 - 4 My People f. Eve(1)(1)… | Missy Elliot f) Jay-Z_Lud… | 3,178KB | Audio |
| esres4txtwo@KaZaA | Mobb Deep + 112 - Hey Luv.mp3 | Naughty By Nature | 6,540KB | Audio |
| esres4txtwo@KaZaA | Monica - So Gone.mp3 | mobb deep | 3,219KB | Audio |
| esres4txtwo@KaZaA | MOS DEF - SHINE YOUR LIGHT ON THE WORLD.MP3 | Monica | 4,787KB | Audio |
| esres4txtwo@KaZaA | Nas, Method Man, Dmx_Ja Rule - Grand Finale (1).mp3 | Mos Def | 4,322KB | Audio |
| esres4txtwo@KaZaA | Nelly - 15 - 5000 - simplemp3s.mp3 | Nas_Method Man,Dmx_… | 2,567KB | Audio |
| esres4txtwo@KaZaA | Nelly - Nellyville - Ride Out(1).mp3 | Nelly | 3,515KB | Audio |
| esres4txtwo@KaZaA | Outkast - Land of A Million Drums.mp3 | LOS MARIJUANOS | 3,872KB | Audio |
| | | OutKast | | |

Found 1259 files

3,352,177 users online, sharing 597,069,806 files (4,782,640 GB)     Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| esres4tytwo@KaZaA | Outkast - Land of A Million Drums.mp3 | Outkast | 3,872KB | Audio |
| esres4tytwo@KaZaA | P. Diddy feat. Loon, Ginuwine and Mario Winans - I Need A... | P. Diddy Ft Loon, Ginuwin... | 3,897KB | Audio |
| esres4tytwo@KaZaA | Redman - Ill be dat.mp3 | Redman | 6,343KB | Audio |
| esres4tytwo@KaZaA | Saint Lunatics - Midwest Swing.mp3 | St. Lunatics | 6,750KB | Audio |
| esres4tytwo@KaZaA | Stagga Lee - Roll Wit MVP (2).mp3 | Stagga Lee | 3,984KB | Audio |
| esres4tytwo@KaZaA | Total, Shyne, Biggie - Sittin' At Home (Bad Boy Remix).mp3 | Total, Shyne, Biggie | 3,506KB | Audio |
| esres4tytwo@KaZaA | Tupac CHANGES (TECHNO REMIX).MP3 | 2Pac | 10,030KB | Audio |
| esres4tytwo@KaZaA | wayne wonder - No Letting Go (Diwali Riddim).mp3 | Wayne Wonder | 4,994KB | Audio |
| esres4tytwo@KaZaA | A New Found Glory - 02 - Never Ending Story Theme Song... | A+ | 2,165KB | Audio |
| esres4tytwo@KaZaA | A New Found Glory - Hit or Miss.mp3 | A New Found Glory | 3,207KB | Audio |
| esres4tytwo@KaZaA | a newfound glory - some girls are crazy (1).mp3 | New Found Glory | 3,142KB | Audio |
| esres4tytwo@KaZaA | Blink 182 - Dumpweed.mp3 | Blink 182 | 2,248KB | Audio |
| esres4tytwo@KaZaA | Blink 182 - Take Off Your Pants And Jacket - 01 - Anthem ... | Blink 182 | 5,345KB | Audio |
| esres4tytwo@KaZaA | Enrique Iglesias - Be With You(4).mp3 | Enrique Iglesias | 3,440KB | Audio |
| esres4tytwo@KaZaA | Enrique Iglesias - Escape.mp3 | Enrique Iglesias | 3,261KB | Audio |
| esres4tytwo@KaZaA | Good Charlotte - Change.mp3 | Good Charlotte | 3,550KB | Audio |
| esres4tytwo@KaZaA | Good Charlotte - Good Charlotte - Festival Song.mp3 | Good Charlotte | 1,225KB | Audio |
| esres4tytwo@KaZaA | Limp Bizkit - My Generation.mp3 | Limp Bizkit | 5,185KB | Audio |
| esres4tytwo@KaZaA | SYSTEM OF A DOWN - CHOP SUEY .MP3 | System Of A Down | 3,297KB | Audio |
| esres4tytwo@KaZaA | Anti-Flag - Bring it to an End.mp3 | Anti-Flag | 437KB | Audio |
| esres4tytwo@KaZaA | blink 182 - fuck a dog.mp3 | Blink 182 | 1,338KB | Audio |
| esres4tytwo@KaZaA | busta rhymes - Break Ya Neck((1)(1)(1).mp3 | Busta Rhymes | 5,694KB | Audio |
| esres4tytwo@KaZaA | Busta Rhymes ft. Spliff Star - Make It Clap.mp3 | Busta Rhymes ft Spliff Star | 5,307KB | Audio |
| esres4tytwo@KaZaA | Busta Ryhmes- Woo Hah!! (Drum and Bass Techno Remix)... | Busta Rhymes | 5,813KB | Audio |
| esres4tytwo@KaZaA | Camron - Thats Hey Ma.mp3 | Cam'ron | 4,318KB | Audio |
| esres4tytwo@KaZaA | Case- miss you.mp3 | Case | 6,684KB | Audio |
| esres4tytwo@KaZaA | Ching Ching feat Nelly Furtado_Timbaland- Mrs. Jade.mp3 | Ms. Jade | 4,296KB | Audio |
| esres4tytwo@KaZaA | City High - What Would You Do.mp3 | City High | 4,140KB | Audio |

Found 1259 files    3,352,177 users online, sharing 597,069,806 files (4,752,640 GB)    Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Q Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4tytwo@KaZaA | City High - What Would You Do.mp3 | City High | 4,140KB | Audio |
| esres4tytwo@KaZaA | Comedy-Bob and Tom - Bad Pickup Lines (1).mp3 | Paul Gilmartin | 1,083KB | Audio |
| esres4tytwo@KaZaA | Craig David - Walking Away(2).mp3 | Craig David | 3,238KB | Audio |
| esres4tytwo@KaZaA | Crosby, Stills, Nash and Young - Southern Cross.mp3 | Crosby, Stills, _Nash | 4,447KB | Audio |
| esres4tytwo@KaZaA | Cypress Hill - Rap Superstar.mp3 | Cypress Hill | 5,983KB | Audio |
| esres4tytwo@KaZaA | Dave Matthews Band - Where are you going (Album Versio... | A+ | 3,707KB | Audio |
| esres4tytwo@KaZaA | Dilated Peoples - Expansion Team - 02-worst_comes_to_w... | Dilated Peoples | 5,064KB | Audio |
| esres4tytwo@KaZaA | DMX - Ruff Ryders Anthem (Live at Woodstock).mp3 | DMX | 4,465KB | Audio |
| esres4tytwo@KaZaA | Dr. Dre _Snoop Doggy Dog - Nothing But A G Thang.mp3 | A+ | 3,727KB | Audio |
| esres4tytwo@KaZaA | Eminem - 8 Mile Soundtrack - 04 - Lose Yourself (FULL VERS.. | Eminem | 7,647KB | Audio |
| esres4tytwo@KaZaA | Eminem - The Way I Am.mp3 | Eminem | 4,537KB | Audio |
| esres4tytwo@KaZaA | Enrique Iglesias - 03 - Love to see you cry - 21century.mp3 | Enrique Iglesias | 3,872KB | Audio |
| esres4tytwo@KaZaA | Enrique Iglesias - Don't Turn Off The Lights.mp3 | Enrique Iglesias | 4,450KB | Audio |
| esres4tytwo@KaZaA | Eric Sermon feat Marvin Gaye - Just Like Music.mp3 | Erick Sermon | 5,534KB | Audio |
| esres4tytwo@KaZaA | Fabolous- Young'n (Holla Back).mp3 | Fabolous | 4,838KB | Audio |
| esres4tytwo@KaZaA | Fabolous feat. Nate Dogg - You Can't Deny It.mp3 | Fabolous feat. Nate Dogg | 4,599KB | Audio |
| esres4tytwo@KaZaA | Hip Hop Remix #1 - Juvenile,Nelly,Ja Rule,Outkast,Shaggy.. | Juvenile,Nelly,Ja Rule,Ou... | 13,964KB | Audio |
| esres4tytwo@KaZaA | Irv Gotti Present JaRule, Ashanti, Vita _Charlie Baltimore - ... | Irv Gotti Present JaRule, ... | 4,734KB | Audio |
| esres4tytwo@KaZaA | J.Lo feat Nas -Im gonna be alright.mp3 | J. Lo feat. Nas | 3,647KB | Audio |
| esres4tytwo@KaZaA | Ja Rule - 08 - Worldwide Gangsta Ft Caddillac Tah Black Chi... | Ja Rule | 3,130KB | Audio |
| esres4tytwo@KaZaA | Ja Rule - Pain Is love - 11 - Smokin' and Ridin'.mp3 | Ja Rule | 6,832KB | Audio |
| esres4tytwo@KaZaA | Ja Rule ft Bobby Brown - Thug Lovin'.mp3 | Ja Rule Ft. Bobby Brown | 6,574KB | Audio |
| esres4tytwo@KaZaA | Ja Rule- X feat. Missy Elliot and Tweet.mp3 | Ja Rule | 4,728KB | Audio |
| esres4tytwo@KaZaA | Jagged Edge (feat Nelly) - Where The Party At.mp3 | Jagged Edge (feat Nelly) | 5,444KB | Audio |
| esres4tytwo@KaZaA | Jay Z-Not Guilty.mp3 | Jay Z | 4,650KB | Audio |
| esres4tytwo@KaZaA | Jay-Z ft Beyonce - Bonnie and Clyde (Blueprint 2 ).mp3 | Jay Z Ft Beyonce | 4,813KB | Audio |
| esres4tytwo@KaZaA | Jennifer Lopez featuring Ja Rule - I'm Real (Murder Remix)... | Jennifer Lopez featuring... | 4,102KB | Audio |
| esres4tytwo@KaZaA | Jermaine Dupri Jay Z - Money's Aint A Thing.mp3 | Jermaine Dupri and Jay-Z | 3,976KB | Audio |

Found 1259 files. | 3,352,177 users online, sharing 597,069,606 files (4,752,640 GB). | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | | Search | Traffic | Shop | Tell A Friend

New Search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4tytwo@KaZaA | Jermaine Dupri Jay Z - Money Aint A Thing.mp3 | Jermaine Dupri and Jay-Z | 3,976KB | Audio |
| esres4tytwo@KaZaA | Jimmy Fallon - Idiot Boyfriend(1)(1).mp3 | Jimmy Fallon | 3,691KB | Audio |
| esres4tytwo@KaZaA | Juvenile _Ruff Ryders- Bust Our Guns.mp3 | A+ | 3,456KB | Audio |
| esres4tytwo@KaZaA | Juvenile (Set It - Set It Off (Dirty).mp3 | Juvenile (Set It | 6,208KB | Audio |
| esres4tytwo@KaZaA | JuVeNiLe ~ SHe GeT iT RroM HeR MoMMa.mp3 | JUVENILE | 4,378KB | Audio |
| esres4tytwo@KaZaA | Juvenile, Tupac_Notorious Big - Ha (remix).mp3 | 2Pac, Biggie _Puba | 5,541KB | Audio |
| esres4tytwo@KaZaA | Limp Bizkit - Rollin (Uncensored Album Version).mp3 | Limp Bizkit | 5,135KB | Audio |
| esres4tytwo@KaZaA | LITTLE T _ONE TRACK MIKE - SHANIQUA .MP3 | Little T _One Track Mike | 3,036KB | Audio |
| esres4tytwo@KaZaA | LL Cool J + Neptunes - Love You Better.mp3 | LL Cool J | 6,722KB | Audio |
| esres4tytwo@KaZaA | LUDACRIS - AREA CODES.MP3 | Ludacris _Nate Dogg | 3,516KB | Audio |
| esres4tytwo@KaZaA | Ludacris - Roll Out(1)(1).mp3 | Ludacris | 5,724KB | Audio |
| esres4tytwo@KaZaA | Mario - Just A Friend.mp3 | mario | 4,873KB | Audio |
| esres4tytwo@KaZaA | Mary J. Blige feat. Ja Rule - Rainy Days(1).mp3 | Mary J Blige | 6,478KB | Audio |
| esres4tytwo@KaZaA | Matchbox 20 - Bent.mp3 | Matchbox 20 | 3,468KB | Audio |
| esres4tytwo@KaZaA | Method Man - tupac,Naz, redman - Got my mind made up.... | A+ | 4,886KB | Audio |
| esres4tytwo@KaZaA | Method Man and Redman - How High Part 2.mp3 | Method Man _Red Man | 5,641KB | Audio |
| esres4tytwo@KaZaA | Missy Elliot - Get Your Freak On feat. Nelly Furtado (remix)... | Missy Elliot | 4,503KB | Audio |
| esres4tytwo@KaZaA | Missy Elliot - Under Construction - Bring The Pain.mp3 | Missy Elliott | 4,256KB | Audio |
| esres4tytwo@KaZaA | Missy Elliot-09-4 My People. f . Eve.mp3 | Missy Elliot | 4,522KB | Audio |
| esres4tytwo@KaZaA | moby-flower.mp3 | Moby | 4,821KB | Audio |
| esres4tytwo@KaZaA | mr cheeks-02-lights camera action (dirty)-rns.mp3 | Mr. Cheeks | 3,153KB | Audio |
| esres4tytwo@KaZaA | mr_cheeks-02-lights_camera_action_(dirty)-rns(2).mp3 | Mr Cheeks | 6,334KB | Audio |
| esres4tytwo@KaZaA | Musiq Soulchild - Half Crazy.mp3 | Musiq Soulchild | 3,961KB | Audio |
| esres4tytwo@KaZaA | Mystikal - Shake your Ass.mp3 | Mystikal | 5,993KB | Audio |
| esres4tytwo@KaZaA | Nas - Stillmatic - Got Yourself a Gun(1)(1).mp3 | Nas | 4,948KB | Audio |
| esres4tytwo@KaZaA | Nelly - 07 - Nelly-ville - Ballers.mp3 | Ram Squad feat. Nelly _... | 4,187KB | Audio |
| esres4tytwo@KaZaA | Nelly - Come Over.mp3 | Nelly | 3,869KB | Audio |
| esres4tytwo@KaZaA | Nelly - Nelly-ville (01) Hot In Herre.mp3 | Nelly | 5,359KB | Audio |

3,382,177 users online, sharing 597,069,606 files (4,752,640 GB) | Not sharing any files

Found 1259 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4txtwo@KaZaA | Nelly - Nellyville (01) Hot In Herre.mp3 | Nelly | 5,359KB | Audio |
| esres4txtwo@KaZaA | Nelly - Nellyville - 04 - Dem Boys.mp3 | Nelly | 4,288KB | Audio |
| esres4txtwo@KaZaA | Nelly - Nellyville - All About the Money feat. 2Ms.mp3 | A+ | 3,375KB | Audio |
| esres4txtwo@KaZaA | Nine Days - Absolutely (Story of a Girl).mp3 | Nine Day | 4,531KB | Audio |
| esres4txtwo@KaZaA | Nivea ft. Jagged Edge - Dont Mess With My Man.mp3 | Nivea | 3,367KB | Audio |
| esres4txtwo@KaZaA | Notorious B.I.G., Puff Daddy, Mase - More Money, More... | Notorious BIG | 4,022KB | Audio |
| esres4txtwo@KaZaA | Osama bin Laden, Taliban, WTC - Comedy - 50 Ways To G... | A+ | 2,653KB | Audio |
| esres4txtwo@KaZaA | Osama bin Laden, Taliban, WTC - Comedy - I Wanna Bomb... | Killer Spam's Comedy Stuff | 2,956KB | Audio |
| esres4txtwo@KaZaA | P. Diddy (feat. Usher, Loon) - I Need a Girl (Part 1).mp3 | P. Diddy (feat. Usher, ,... | 4,259KB | Audio |
| esres4txtwo@KaZaA | r. Kelly - the worlds greatest (2).mp3 | R Kelly | 4,299KB | Audio |
| esres4txtwo@KaZaA | RAGE AGAINST THE MACHINE - RENEGADES OF FUNK.MP3 | Rage Against The Machine | 4,306KB | Audio |
| esres4txtwo@KaZaA | Ray J Feat. Lil Kim - Wait a Minute.mp3 | Ray J ft/ Lil Kim | 3,678KB | Audio |
| esres4txtwo@KaZaA | Red Hot Chilly Peppers - Californication.mp3 | Red Hot Chili Peppers | 5,013KB | Audio |
| esres4txtwo@KaZaA | St Lunatics - Free City - 02 - STL.mp3 | St Lunatics | 7,432KB | Audio |
| esres4txtwo@KaZaA | Sum 41 - Makes No Difference(1).mp3 | The Mighty Mighty Bossto... | 3,756KB | Audio |
| esres4txtwo@KaZaA | Tecno-Rave (Sandstorm) (Best Techno Club Mix Ever)(1).... | www.homeofmusic.com | 6,294KB | Audio |
| esres4txtwo@KaZaA | The Clipse ft Neptunes - Got Caught Dealing Pt2.mp3 | Clipse | 5,811KB | Audio |
| esres4txtwo@KaZaA | THE FAST AND THE FURIOUS - 13 - JA RULE - LIFE AINT A... | Ja Rule | 1,702KB | Audio |
| esres4txtwo@KaZaA | The Fast And The Furious Soundtrack - (Techno) Ether Drif... | ether drift | 2,033KB | Audio |
| esres4txtwo@KaZaA | THEME SONG - SUPER CHICKEN.MP3 | Theme Song | 482KB | Audio |
| esres4txtwo@KaZaA | Tupac - Picture Me Rollin'.mp3 | Tupac | 4,920KB | Audio |
| esres4txtwo@KaZaA | Tupac Shakur - 2Pac Greatest Hits - 04 - God Bless the De... | 2Pac | 4,120KB | Audio |
| esres4txtwo@KaZaA | Vanilla Ice- Ice Ice Baby.mp3 | Vanilla Ice | 3,119KB | Audio |
| esres4txtwo@KaZaA | Vertical Horizon - Everything You Want.mp3 | Vertical Horizon | 4,007KB | Audio |
| esres4txtwo@KaZaA | Weird Al Yankovic - the Real Slim Shady Please Shut U... | Weird Al Yankovic | 1,674KB | Audio |
| esres4txtwo@KaZaA | Spice 1 - Thug In Me.mp3 | Spice One | 3,371KB | Audio |
| esres4txtwo@KaZaA | St Lunatics - Show Em What They Won.mp3 | St. Lunatics | 4,202KB | Audio |
| esres4txtwo@KaZaA | st. lunatics - Here We Come Now Girl.mp3 | St. Lunatics | 2,903KB | Audio |

Found 1259 files

3,352,177 users online, sharing 597,069,606 files (4,752,640 GB) | Not sharing any files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   |   My Kazaa   |   Theater   |   Search   |   Traffic   |   Shop   |   Tell A Friend

New search   |   Download   |   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4tytwo@KaZaA | st. lunatics - Here We Come Now Girl.mp3 | St. Lunatics | 2,903KB | Audio |
| esres4tytwo@KaZaA | Starting Line - Hello Houston.mp3 | The Starting Line | 3,357KB | Audio |
| esres4tytwo@KaZaA | Starting Line - Say It Like You Mean It - 05 - A Goodnight's ... | The Starting Line | 4,145KB | Audio |
| esres4tytwo@KaZaA | Starting Line - Tell the Truth.mp3 | The Starting Line | 3,172KB | Audio |
| esres4tytwo@KaZaA | Starting Line, The - The Greg's Last Day.mp3 | The Starting Line | 2,544KB | Audio |
| esres4tytwo@KaZaA | Styx - Come Sail Away.mp3 | Styx | 5,705KB | Audio |
| esres4tytwo@KaZaA | Techno - dance - DJ Crack - Funk Bass (Ibiza House Mix).m... | DJ Krush, Ed Rush, Dilin... | 2,168KB | Audio |
| esres4tytwo@KaZaA | Techno - Deep ass bass song.mp3 | Techno | 3,177KB | Audio |
| esres4tytwo@KaZaA | techno- Daft Punk vs. Wyclef Jean - Around the World (Ra... | Wyclef Jean | 4,012KB | Audio |
| esres4tytwo@KaZaA | Ten Rounds with Jose Cuervo.mp3 | Tracy Byrd | 2,854KB | Audio |
| esres4tytwo@KaZaA | The Angels Cried - Alison Krauss.mp3 | Alan Jackson | 2,690KB | Audio |
| esres4tytwo@KaZaA | The All-American Rejects - Drive Away (1).mp3 | The All-American Rejects | 2,800KB | Audio |
| esres4tytwo@KaZaA | The All-American Rejects - My Paper Heart.mp3 | All American Rejects | 5,414KB | Audio |
| esres4tytwo@KaZaA | The All-American Rejects - One More Sad Song (1).mp3 | The All-American Rejects | 2,964KB | Audio |
| esres4tytwo@KaZaA | The All-American Rejects - Swing Swing.mp3 | The All-American Rejects | 3,589KB | Audio |
| esres4tytwo@KaZaA | The All-American Rejects - The Last Song.mp3 | The All-American Rejects | 4,692KB | Audio |
| esres4tytwo@KaZaA | The All-American Rejects - Too Far Gone.mp3 | The All-American Rejects | 3,794KB | Audio |
| esres4tytwo@KaZaA | The All-American Rejects - untitled (1).mp3 | The All-American Rejects | 3,269KB | Audio |
| esres4tytwo@KaZaA | The All-American Rejects - Your Star.mp3 | The All-American Rejects | 4,028KB | Audio |
| esres4tytwo@KaZaA | The All-American Rejects_Happy Endings.mp3 | The All-American Rejects | 4,272KB | Audio |
| esres4tytwo@KaZaA | The Ataris - 1.15.96 [Acoustic].mp3 | The Ataris | 4,562KB | Audio |
| esres4tytwo@KaZaA | The Ataris - Are We There Yet.mp3 | The Ataris | 1,036KB | Audio |
| esres4tytwo@KaZaA | The Ataris - Broken Promise Ring.mp3 | The Ataris | 3,222KB | Audio |
| esres4tytwo@KaZaA | The Ataris - I Wont Spend Another Night Alone.mp3 | The Ataris | 2,807KB | Audio |
| esres4tytwo@KaZaA | The Ataris - IOU One Galaxy.mp3 | Ataris | 1,878KB | Audio |
| esres4tytwo@KaZaA | The Ataris - San Dimas High School Football Rules.mp3 | The Ataris | 2,581KB | Audio |
| esres4tytwo@KaZaA | The Ataris - Song 13.mp3 | The Ataris | 2,304KB | Audio |
| esres4tytwo@KaZaA | The Ataris - Song For A Mix_Tape.mp3 | The Ataris | 2,574KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4tytwo@KaZaA | The Ataris - Song For A Mix Tape.mp3 | The Ataris | 2,574KB | Audio |
| esres4tytwo@KaZaA | the ataris - summer wind was always our song.mp3 | The Ataris | 3,592KB | Audio |
| esres4tytwo@KaZaA | The Ataris - Teenage Riot.mp3 | The Ataris | 2,850KB | Audio |
| esres4tytwo@KaZaA | The Ataris-So long, astoria-in this diary.mp3 | The Ataris | 3,963KB | Audio |
| esres4tytwo@KaZaA | The Clipse - When's The Last Time.mp3 | Clips | 4,046KB | Audio |
| esres4tytwo@KaZaA | The Get Up Kids - Action Action.mp3 | The Get Up Kids | 3,841KB | Audio |
| esres4tytwo@KaZaA | The Get Up Kids - Campfire Kansas.mp3 | Get Up Kids | 2,899KB | Audio |
| esres4tytwo@KaZaA | the get up kids - coming clean.mp3 | The Get Up Kids | 866KB | Audio |
| esres4tytwo@KaZaA | The Get Up Kids - Forgive And Forget.mp3 | The Get Up Kids | 3,223KB | Audio |
| esres4tytwo@KaZaA | The Get Up Kids - I'll Catch You.mp3 | The Get Up Kids | 4,072KB | Audio |
| 2 Users | The Get Up Kids - I'm A Loner Dottie A Rebel.mp3 | The Get Up Kids | 2,956KB | Audio |
| esres4tytwo@KaZaA | The Get Up Kids - My Apology.mp3 | The Get Up Kids | 3,199KB | Audio |
| 2 Users | The Get Up Kids - Out Of Reach (1).mp3 | Get Up Kids | 3,547KB | Audio |
| esres4tytwo@KaZaA | The Get Up Kids - Red Letter Day.mp3 | The Get Up Kids | 2,763KB | Audio |
| esres4tytwo@KaZaA | The Get Up Kids - Saves The Day - The Last Lie I Told.mp3 | Get Up Kids | 2,241KB | Audio |
| esres4tytwo@KaZaA | The Get Up Kids - Stay Gold, Ponyboy.mp3 | The Get Up Kids | 2,731KB | Audio |
| esres4tytwo@KaZaA | The Get Up Kids - Stay Gone.mp3 | The Get Up Kids | 2,837KB | Audio |
| esres4tytwo@KaZaA | The Get Up Kids - Valentine.mp3 | The Get Up Kids | 4,059KB | Audio |
| esres4tytwo@KaZaA | The Get Up Kids - Wish You Were Here.mp3 | Get Up Kids | 3,336KB | Audio |
| esres4tytwo@KaZaA | The Getaway - She'll Never Understand.mp3 | Matchbook Romance | 3,520KB | Audio |
| esres4tytwo@KaZaA | The Getup Kids - Close To Me.mp3 | Get Up Kids | 2,394KB | Audio |
| esres4tytwo@KaZaA | The Starting Line - 04 - Thanks, You're The Best.mp3 | The Starting Line | 3,122KB | Audio |
| esres4tytwo@KaZaA | The Starting Line - Best of Me.mp3 | The Starting Line | 4,080KB | Audio |
| esres4tytwo@KaZaA | The Starting Line - Cheek To Cheek.mp3 | the starting line | 1,108KB | Audio |
| esres4tytwo@KaZaA | The Starting Line - From Start To Finish.mp3 | The Starting Line | 3,662KB | Audio |
| esres4tytwo@KaZaA | The Starting Line - Given The Chance.mp3 | The Starting Line | 2,802KB | Audio |
| esres4tytwo@KaZaA | the starting line - leaving.mp3 | The Starting Line | 2,879KB | Audio |
| esres4tytwo@KaZaA | the starting line - Saddest Girl Song.mp3 | The Starting Line | 3,180KB | Audio |

Found 1259 files | 3,352,177 users online, sharing 597,069,606 files (4,782,640 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| esres4tytwo@KaZaA | the starting line - Saddest Girl Song.mp3 | The Starting Line | 3,180KB | Audio |
| esres4tytwo@KaZaA | the starting line - the drama summer-its (1).mp3 | The Starting Line | 4,053KB | Audio |
| esres4tytwo@KaZaA | The Verve - Bittersweet Symphony.mp3 | The Verve | 5,573KB | Audio |
| esres4tytwo@KaZaA | The Who - Magic Bus.mp3 | The Who | 3,065KB | Audio |
| esres4tytwo@KaZaA | Theme - Simpsons (Halloween).mp3 | The Simpsons | 780KB | Audio |
| esres4tytwo@KaZaA | The_Ataris_-_Bad_Case_Of_Broken_Heart_(Rare_Full_Ac... | The Ataris | 1,937KB | Audio |
| esres4tytwo@KaZaA | Tim McGraw - BBQ Stain.mp3 | Tim McGraw | 2,864KB | Audio |
| esres4tytwo@KaZaA | Tim Mcgraw - Don't Take The Girl.mp3 | Tim McGraw | 3,893KB | Audio |
| esres4tytwo@KaZaA | Tim Mcgraw - I Like It, I Love It.mp3 | Tim McGraw | 3,200KB | Audio |
| esres4tytwo@KaZaA | Tim Mcgraw - My Best Friend.mp3 | Tim McGraw | 4,368KB | Audio |
| esres4tytwo@KaZaA | Tim Rushlow - She Misses Him.mp3 | Tim Rushlow | 3,584KB | Audio |
| esres4tytwo@KaZaA | timbaland and magoo - All Ya'll Instrumental.mp3 | Timberland and Magoo | 1,065KB | Audio |
| esres4tytwo@KaZaA | Timberland_Magoo feat Jigga and Twista - Party People.... | Timbaland and Magoo | 2,496KB | Audio |
| esres4tytwo@KaZaA | Timberland, Busta Rymes, Magoo - Night Rider Theme Rem... | Timberland, Busta Rymes,... | 3,476KB | Audio |
| esres4tytwo@KaZaA | TimMcGraw..ShesMyKindOfRain.mp3 | Tim McGraw | 4,002KB | Audio |
| esres4tytwo@KaZaA | Toby Keith - We Were In Love.mp3 | Toby Keith | 4,067KB | Audio |
| esres4tytwo@KaZaA | Toby Keith - You Shouldn't Kiss Me Like This.mp3 | Toby Keith | 3,491KB | Audio |
| esres4tytwo@KaZaA | Toby Keith and Willie Nelson - Beer for My Horse.mp3 | Toby Keith | 2,400KB | Audio |
| esres4tytwo@KaZaA | toby keith- whos your daddy.MP3 | Toby Kieth | 1,616KB | Audio |
| esres4tytwo@KaZaA | Tom Petty - Free Falling.mp3 | Tom Petty | 3,480KB | Audio |
| esres4tytwo@KaZaA | Tom Petty - Learning To Fly.mp3 | Tom Petty | 3,761KB | Audio |
| esres4tytwo@KaZaA | Tracy Byrd - The Truth About Men.mp3 | Tracy Byrd | 5,485KB | Audio |
| esres4tytwo@KaZaA | Travis Tritt - I'm Going to be Somebody Someday.mp3 | Travis Tritt | 3,834KB | Audio |
| esres4tytwo@KaZaA | tupac feat nas- thug mansion acoustic.mp3 | Nas | 3,751KB | Audio |
| esres4tytwo@KaZaA | Usher - All About U - 02 - U Got It Bad (1) (1).MP3 | Usher | 2,906KB | Audio |
| esres4tytwo@KaZaA | Usher - My Way.mp3 | Usher | 3,354KB | Audio |
| esres4tytwo@KaZaA | Usher - Nice and Slow.mp3 | Usher | 3,559KB | Audio |
| esres4tytwo@KaZaA | Usher - you dont have to call .mp3 | Usher | 4,210KB | Audio |

Found 1259 files | 3,362,177 users online, sharing 597,069,606 files (4,752,640 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| esres4tytwo@KaZaA | Toby Keith - You Shouldn't Kiss Me Like This.mp3 | Toby Keith | 3,491KB | Audio |
| esres4tytwo@KaZaA | Toby Keith and Willie Nelson - Beer for My Horse.mp3 | Toby Keith | 2,400KB | Audio |
| esres4tytwo@KaZaA | toby keith- whos your daddy.MP3 | Toby Kieth | 1,616KB | Audio |
| esres4tytwo@KaZaA | Tom Petty - Free Falling.mp3 | Tom Petty | 3,480KB | Audio |
| esres4tytwo@KaZaA | Tom Petty - Learning To Fly.mp3 | Tom Petty | 3,761KB | Audio |
| esres4tytwo@KaZaA | Tracy Byrd - The Truth About Men.mp3 | Tracy Byrd | 5,495KB | Audio |
| esres4tytwo@KaZaA | Travis Tritt - Im Going to be Somebody Someday.mp3 | Travis Tritt | 3,834KB | Audio |
| esres4tytwo@KaZaA | tupac feat nas- thug mansion acoustic.mp3 | Nas | 3,751KB | Audio |
| esres4tytwo@KaZaA | Usher - All About U - 02 - U Got It Bad (1).MP3 | Usher | 2,906KB | Audio |
| esres4tytwo@KaZaA | Usher - My Way.mp3 | Usher | 3,354KB | Audio |
| esres4tytwo@KaZaA | Usher - Nice and Slow.mp3 | Usher | 3,559KB | Audio |
| esres4tytwo@KaZaA | Usher - you dont have to call .mp3 | Usher | 4,210KB | Audio |
| esres4tytwo@KaZaA | Various Artists - The Starting Line - Im Real.mp3 | The Starting Line | 3,248KB | Audio |
| esres4tytwo@KaZaA | Village People - YMCA.mp3 | Village People | 3,514KB | Audio |
| esres4tytwo@KaZaA | Warren G - Looking At You.mp3 | Warren G | 3,966KB | Audio |
| esres4tytwo@KaZaA | Weezer - Uptown Girl (punk cover).mp3 | New Found Glory | 2,183KB | Audio |
| esres4tytwo@KaZaA | Weird Al Yankovic (Star Wars parody) - Yoda's Advice On ... | Weird Al Yankovich | 526KB | Audio |
| esres4tytwo@KaZaA | white snake - here i go again.mp3 | White Snake | 4,335KB | Audio |
| esres4tytwo@KaZaA | X-Zibit feat. Dr, Dre, Snoop Doggy Dogg - X.mp3 | X-Zibit feat. Dr, Dre, Sno... | 3,792KB | Audio |
| esres4tytwo@KaZaA | Xmas - Comedy - Bob Rivers - Grandpa Got ran over By a ... | Bob Rivers | 2,248KB | Audio |
| esres4tytwo@KaZaA | Xmas - Santa's whore.mp3 | Bob Rivers Comedy Corp. | 1,152KB | Audio |
| esres4tytwo@KaZaA | Ying Yang Twins - By Myself.mp3 | Ying Yang Twins | 4,456KB | Audio |
| esres4tytwo@KaZaA | Ying Yang Twins - Whistle While You Twerk.mp3 | Ying Yang Twins | 4,304KB | Audio |
| esres4tytwo@KaZaA | Your Star.mp3 | All-American Rejects, The | 4,254KB | Audio |
| esres4tytwo@KaZaA | Youth Ahead - Reststop Girl.mp3 | The Starting Line | 2,036KB | Audio |
| esres4tytwo@KaZaA | ZZ Top - Beer Drinkers And Hell Raisers.mp3 | ZZ Top | 3,199KB | Audio |
| esres4tytwo@KaZaA | _INCOMPLETE_ Sean Paul - My Girls Like GlueSfe74dc7... | Sean Paul | 1,055KB | Audio |
| esres4tytwo@KaZaA | _INCOMPLETE_ Steve Miller Band - Dream WeaverObec... | Steve Miller Band | 39?B | Audio |

3,352,177 users online, sharing 597,069,606 files (4,752,640 GB)   not sharing any files

Found 1259 files