AO 440 Summons in a Civil Action

# United States District Court
## DISTRICT OF MASSACHUSETTS

SUMMONS IN A CIVIL CASE

ARISTA RECORDS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; PRIORITY RECORDS LLC, a California limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,

CASE NUMBER:

04-30135-MAP

V.

KAREN SKOWYRA

TO:
KAREN SKOWYRA
92 Dunhamtown-Palmer Road
Brimfield, MA 01010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

    COLIN J. ZICK
    GABRIEL M. HELMER
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, MA 02210-2600
    PHONE: (617) 832-1000
    FAX:   (617) 832-7000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE: July 20, 2004

AO 440 Summons in a Civil Action

## RETURN OF SERVICE



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

August 6, 2004

I hereby certify and return that on 7/23/2004 at 02:45 pm I served a true and attested copy of the U.S. DISTRICT COURT S & C W/CIVIL ACTION COVER SHEET, LOCAL CATEGORY SHEET AND CORP. DISCLOSURE in this action in the following manner: To wit, by leaving at the last and usual place of abode of KAREN SKOWYRA, 92 DUNHAMTOWN-PALMER Road, BRIMFIELD, MA 01010. Conveyance ($6.90), Travel ($14.72), Attestation X 1 ($5.00), Basic Service Fee ($20.00), Mailing1 ($1.00) Total Charges $47.62

Deputy Sheriff MICHAEL POWERS                                    _____
                                                                  Deputy Sheriff

☐ Other (specify) _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____           _____
                    Date                               Signature of Server

                                                _____
                                                        Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.