UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISTA RECORDS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; PRIORITY RECORDS LLC, a California limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>KAREN SKOWYRA<br><br>    Defendant. | CIVIL ACTION No. 04-30135-MAP<br><br>The Hon. Michael A. Ponsor |

### REQUEST TO ENTER DEFAULT

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Colin J. Zick ¶ 6.

Plaintiffs served the Summons and Complaint on Defendant on July 23, 2004, by abode service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Plaintiffs have sent Defendant letters on two separate occasions urging Defendant to file a response and advising Defendant that Plaintiffs intended to seek a default judgment. Id. ¶ 4. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint. Id. ¶

5. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶ 7-8.

|  |  |
|---|---|
|  | ARISTA RECORDS, INC.; SONY MUSIC ENTERTAINMENT INC.; INTERSCOPE RECORDS; PRIORITY RECORDS LLC; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; and CAPITOL RECORDS, INC. |
|  | By their attorneys, |
| DATED: 11/5/04 | By: _____ Colin J. Zick (BBO No. 556538) Gabriel M. Helmer (BBO No. 652640) FOLEY HOAG LLP 155 Seaport Boulevard Boston, MA 02210-2600 Phone: (617) 832-1000 Fax:    (617) 832-7000 |

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100