UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISTA RECORDS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; PRIORITY RECORDS LLC, a California limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>KAREN SKOWYRA<br><br>　　　　　Defendant. | CIVIL ACTION No. 04-30135-MAP<br><br>The Hon. Michael A. Ponsor |

## DEFAULT BY CLERK

It appearing from the records in this action that Summons has been served upon Defendant Karen Skowyra, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Karen Skowyra has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Karen Skowyra hereby is entered.

DATED: _____     By: _____
　　　　　　　　　　　　　　　　　　　　Deputy Clerk