# United States District Court
### DISTRICT OF MASSACHUSETTS

## SUMMONS IN A CIVIL CASE

ARISTA RECORDS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; PRIORITY RECORDS LLC, a California limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,

CASE NUMBER:

04-30135-MAP

V.

KAREN SKOWYRA

TO:
KAREN SKOWYRA
92 Dunhamtown-Palmer Road
Brimfield, MA 01010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

COLIN J. ZICK
GABRIEL M. HELMER
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
PHONE: (617) 832-1000
FAX:    (617) 832-7000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK  /s/ Mary Finn

(BY) DEPUTY CLERK

DATE  July 20, 2004

AO 440 Summons in a Civil Action

## RETURN OF SERVICE



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

August 6, 2004

I hereby certify and return that on 7/23/2004 at 02:45 pm I served a true and attested copy of the U.S. DISTRICT COURT S & C W/CIVIL ACTION COVER SHEET, LOCAL CATEGORY SHEET AND CORP. DISCLOSURE in this action in the following manner: To wit, by leaving at the last and usual place of abode of KAREN SKOWYRA, 92 DUNHAMTOWN-PALMER Road, BRIMFIELD, MA 01010. Conveyance ($6.90), Travel ($14.72), Attestation X 1 ($5.00), Basic Service Fee ($20.00), Mailing1 ($1.00) Total Charges $47.62

Deputy Sheriff MICHAEL POWERS                                 *Deputy Sheriff*

☐ Other (specify) _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                Date                            Signature of Server

                                     _____
                                     Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.