UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ARISTA RECORDS, INC., ET AL**, <br> **Plaintiff** <br><br> V. <br><br> **KAREN SKOWYRA**, <br> **Defendant** | CIVIL ACTION <br><br> NO. 04-30135-MAP |

### NOTICE OF DEFAULT

Upon application of the Plaintiffs for an order of Default for failure of the Defendant, Karen Skowyra, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 8th day of November, 2004.

TONY ANASTAS
CLERK OF COURT

By: /s/ Mary Finn
Deputy Clerk

**Notice mailed to: Counsel for Plaintiff**

Default Notice.wpd - 2/2000)                                                                                   [ntcdflt.]