UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| ARISTA RECORDS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; PRIORITY RECORDS LLC, a California limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>KAREN SKOWYRA,<br><br>            Defendant. | CIVIL ACTION No. 04-30135-MAP<br><br>The Hon. Michael A. Ponsor |

*MAP*
*12-22-04*

## [PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of One Hundred Ninety Seven Dollars and Sixty Two Cents ($197.62).

3.  Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "She Swallowed It," on album "Efil4zaggin'," by artist "NWA" (SR# 137-627);
- "Jungle Love," on album "Book of Dreams," by artist "Steve Miller Band" (SR# N42553);
- "Give It Away," on album "Blood Sugar Sex Magik," by artist "Red Hot Chili Peppers" (SR# 135-276);
- "Halfcrazy," on album "Juslisen," by artist "Musiq" (SR# 308-859);
- "Wanted," on album "Here in the Real World," by artist "Alan Jackson" (SR# 120-465);
- "Forgot About Dre," on album "2001," by artist "Dr. Dre" (SR# 277-983);
- "Wifey," on album "Welcome II Nextasy," by artist "Next" (SR# 284-980);
- "Betterman," on album "Vitalogy," by artist "Pearl Jam" (SR# 206-558);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: /2·22·04          By: /s/ Michael A. Ponsor
                         Hon. Michael A. Ponsor
                         United States District Judge